5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

RAYMUNDO GONZALEZ-GARIBAY    *

         VS             *    C.A. NO. B-01-100

UNITED STATES OF AMERICA     *    (Cr. No. B-99-020)

## O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **September 14, 2001**.

DONE at Brownsville, Texas, this 6th day of July 2001.

_____
Felix Recio
United States Magistrate Judge