

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO GONZALEZ-GARIBAY | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-01-100 |
| | * | |
| UNITED STATES OF AMERICA | * | |

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, respectfully requests the Court for an enlargement of time. Specifically, Respondent seeks an additional two weeks days in which to respond to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody which said response is due September 14, 2001. In support of this request, the United States submits that the government is awaiting receipt of the Immigration and Naturalization Service's A-files for the petitioner and his father, which are being retrieved from archives. Petitioner's motion alleges failures by his trial counsel in not pursuing a defense based upon derivative citizenship by his father's alleged U.S. citizenship. Petitioner's father allegedly enjoyed derivative citizenship from Petitioner's grandfather. As a result, review of the father's A-file is critical to both trial counsel's and the Respondent's review of this matter. Counsel for Petitioner has requested to review the subject A-files prior to responding to Petitioner's claims. As such, the undersigned will need additional time in which to adequately review the A-files in order to submit its response.

The United States does not seek this extension to cause delay; the United States seeks this extension so that justice may be done.

### STATEMENT OF CONFERENCE

Because the Pro Se plaintiff is incarcerated in a federal prison, the undersigned is unable to contact him to find out his position as to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its extension of time for an additional two weeks in which to respond to Petitioner's motion.

Respectfully submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

_____
MARK M. DOWD
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/Fax (956) 548-2711
State Bar No. 06070500
Federal I.D. No. 9314

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing United States' Motion for Extension of Time to File Response to Petitioner's Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Opposition Unknown) was mailed via certified mail, return-receipt requested to Raymundo Gonzalez Garibay, Pro Se Petitioner, Prisoner No.82756-079, Karnes A., Federal Correctional Institution, P.O. Box 4200, Three Rivers, TX 78071 on this the  /2  day of SEPTEMBER, 2001.

_____
MARK M. DOWD
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAYMUNDO GONZALEZ-GARIBAY | * |
| | * |
| vs. | *   CIVIL ACTION No. B-01-100 |
| | * |
| UNITED STATES OF AMERICA | * |

**ORDER GRANTING UNITED STATES' MOTION FOR AN
EXTENSION TO FILE RESPONSE**

CAME ON to be heard the United States' motion for enlargement of time to file its response to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on _____.

DONE on this the ___ day of _____, 2001 in Brownsville, Texas.

_____
FELIX RECIO
United States Magistrate Judge

ClibPDF - www.fastio.com