UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMUNDO GONZALEZ-GARIBAY | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-01-100 |
| | * | (Cr. No. B-99-20) |
| UNITED STATES OF AMERICA | * | |

## ORDER GRANTING UNITED STATES' MOTION FOR AN EXTENSION TO FILE RESPONSE

CAME ON to be heard the United States' motion for enlargement of time to file its response to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on <u>October 1, 2001</u>

DONE on this the 14th day of September, 2001 in Brownsville, Texas.

FELIX RECIO
United States Magistrate Judge