8

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent, | § | |
| | § | |
|     vs. | § | C.R. NO. B-99-20 |
| | § | |
| RAYMUNDO GONZALEZ-GARIBAY, | § | |
|     Petitioner. | § | |
| (C.A. NO. B-01-100) | § | |

## RESPONSE AND MOTION TO ORDER HEARING ON MOTION FOR RELIEF UNDER 28 U.S.C. §2255

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, "the government" files this response and motion to order for hearing under 28 U.S.C. §2255 filed by Raymundo Gonzalez-Garibay (hereinafter referred to as Gonzalez) and in support thereof would respectfully show the court the following:

I.

## JURISDICTION

A.    Procedural history.

Gonzalez was indicted in the United States District Court for the Southern District of Texas on January 19, 1999. In the indictment, Gonzalez was charged with attempted illegal re-entry into the United States following deportation in

violation of 8 U.S.C. §§1326(a) & (b), and false claim of citizenship in violation of 18 U.S.C. §911 (DOC 1)[1]. On March 10-12, 1999, Gonzalez was tried by a jury, resulting in guilty verdicts on both counts (DOC. 41). On June 10, 1999, Gonzalez was sentenced to concurrent terms of imprisonment of seventy-seven (77) months and thirty-six (36) months, to be followed by concurrent terms of supervised release of three years and one year (DOC 50). The judgement was entered on June 22, 1999 (DOC 53).

Gonzalez appealed his conviction, alleging that the evidence was insufficient to support the verdict on each count, and that he received an illegal sentence. On July 21, 2000, the Fifth Circuit dismissed his appeal as frivolous (DOC 59).

Gonzalez timely filed his motion for relief under 28 U.S.C. §2255, Civil Action No. B-01-100, on June 15, 2001 (DOC 61).

B.    Basis of jurisdiction

Gonzalez invoked this Court's jurisdiction under 28 U.S.C. §2255. A Section 2255 motion "provides the primary means of collaterally attacking a federal conviction and sentence." *Jeffers v. Chandler*, 234 F.3d 277, 279 (5th Cir. 2000)

---

[1]The first number in the DOCument cite relates to the number given the document in the criminal docket sheet. The second number within the DOC cite relates to the page number of the document. PSR is the presentence investigation report. PSR.Add. Refers to the addendum to the PSR.

(citation omitted).   Relief under a §2255 motion "is warranted for errors that occurred at trial or sentencing." *Id.*   In his petition, he alleges one cognizable ground of error:  1) he complains that his trial counsel rendered constitutionally infirm assistance.   Gonzalez alleges that the ineffective assistance occurred by counsel failing to object to comments by the district court at voir dire and upon admission of Gonzalez' birth certificate at trial, and by failing to investigate his background and claim that he derived citizenship from a citizen parent (Petition p. 5).

This Court is properly vested with jurisdiction under 28 U.S.C. §2255 for Gonzalez' claim of ineffective assistance of counsel.

## II.

## FACTS UNDERLYING
## THE CONVICTION AND SENTENCE

A.   Crimes of Conviction

On December 25, 1998, Gonzalez attempted to enter the United States at the Brownsville Port of Entry by declaring himself to be a.U.S.citizen (PSR 5).   A brief investigation revealed Gonzalez had been deported in 1996 and again in 1998. Gonzalez admitted he was born in Mexico, that he used to be a resident alien, but that he was not a U.S. Citizen (1 R. 55 p.19).

3

B.    His trial testimony

At trial, Gonzalez testified, in relevant part, that he was of Mexican descent, and was six years old when his family immigrated to the U.S. (1 R. 55, p. 144). He returned to the U.S. to be a father to his daughter, who lived here (1 R. 55, p. 143). Gonzalez testified he "feels" that he is a citizen of the U.S., although not on paper (1 R. 55, p 145, 152-53). Gonzalez testified he believed his parents were U.S. citizens, but felt his U.S. citizenship was based upon "amnesty" due to his growing up in Dallas (1 R. 55, p. 158, 160, 162). During his trial, the government introduced a copy of Gonzalez' Mexican birth certificate. The certificate listed Gonzalez' father's citizenship as "americano" (Government's Exhibit D).

C.    PSR

Following his conviction, Gonzalez advised Probation that he considered himself a U.S. citizen, because his father was a U.S. citizen, because Gonzalez had registered for the draft, and received Social Security and welfare benefits.

III.

CAUSE AND PREJUDICE

To obtain post-conviction relief in a collateral attack, a defendant must show either: (1) cause excusing his procedural default and actual prejudice resulting from the alleged error, *see United States v. Frady*, 456 U.S. 152, 167-68, 102 S.Ct.

4

1584, 1594 (1982); or (2) that he is actually innocent. *United States v. Shaid*, 937 F.2d 228, 232 (5th Cir. 1991) (en banc). A showing of cause requires a showing of some external impediment that prevented the petitioner from raising the claim. *See McCleskey v. Zant*, 499 U.S. 467, 497, 111 S.Ct. 1454, 1472 (1991). Even though the law may have been settled against him on an issue, "the futility of raising an objection ... cannot alone constitute cause for a failure to object at trial." *Engle v. Isaac*, 456 U.S. 107, 130, 102 S.Ct. 1558, 1573 (1982).

"'Actual innocence' means 'factual innocence, and not mere legal insufficiency.'" *Bousley v. United States*, 523 U.S. 614, 623-24, 118 S.Ct. 1604, 1611-12 (1998); *United States v. Torres*, 163 F.3d 909, 911 n.9 (5th Cir. 1999). To prove actual innocence, the petitioner "must demonstrate that, in light of all the evidence, it is more likely than not that no fact finder would have convicted him." *Id.* (citations and quotations omitted).

Gonzalez' claim of citizenship is a claim of actual innocence. If Gonzalez' factual claim of citizenship is correct, he would be innocent of both charges. A U.S. citizen cannot lawfully be convicted of the subject crimes.

To show prejudice, Gonzalez must meet a higher standard higher even than plain error. *Smith*, ___ F.3d at ___, 2001 WL 111590 *1. He must show "not merely that the errors at his trial created a *possibility* of prejudice, but that they

5

worked to his *actual* and substantial disadvantage." *Frady*, 456 U.S. at 170, 102 S.Ct. at 1596 (emphasis in original). Here, Gonzalez cannot meet that burden. Gonzalez neither alleges nor demonstrates 'cause'. Failing his demonstration that he enjoys derivative citizenship, his claims fall short of demonstrating prejudice as well.

## IV.

## LEGAL PRINCIPLES GOVERNING INEFFECTIVE ASSISTANCE.

Ineffective assistance of counsel claims are generally reviewed under the now well-established *Strickland* standard: "Whether counsel's conduct so undermined the proper functioning of the adversarial process that the trial court cannot be relied on as having produced a just result." *Strickland v. Washington,* 466 U.S. 668, 686, 104 S.Ct. 2052, 2064 (1984); *Roe v. Flores-Ortega*, _ U.S. _, 120 S.Ct. 1029, 1034 (2000). To succeed on such a claim, a petitioner must first show that his counsel's performance fell below an objective standard of reasonableness. *Id.* at 688, 104 S.Ct. at 1064. The reasonableness of counsel's challenged conduct must be judged "on the facts of the particular case, viewed as of the time of counsel's conduct" and the reviewing court "must strongly presume that counsel has exercised reasonable professional conduct." *United States v. Samples,* 897 F.2d 193, 196 (5th Cir. 1990)(citations omitted).

6

A.     Failure to object to the district court

1.  Short trial

In response to a question from a jury relating to the length of the prospective trial, due to a prospective juror's outside commitment, the district court advised that she understood the trial would be a short one (1 R. 54, p. 45).

2.  English translation of Defendant's Mexican birth certificate

Over objection from defense counsel, the district court admitted an English translation of the defendant's Mexican birth certificate.  The district court gave a limiting instruction as to the English translation (1 R. 55, p. 114).

"A federal district judge may comment on the evidence, question witnesses, bring out facts not yet adduced, and maintain the pace of the trial by interrupting or setting time limits on counsel." *United States v. Wallace*, 32 F.3d 921, 928 (5th Cir.1994).   For judge's behavior to rise to the level of a constitutional violation, "the district judge's actions, viewed as a whole, must amount to an intervention that could have led the jury to a predisposition of guilt by improperly confusing the functions of judge and prosecutor." *United States v. Bermea*, 30 F.3d 1539, 1569 (5th Cir.1994), *cert. denied*, 514 U.S. 1097, 115 S.Ct. 1825, 131 L.Ed.2d 746 (1995).   The judge's actions must be both "quantitatively and qualitatively substantial to meet this test." *Id*.  Here, the district judge's actions were within her

7

broad discretion to manage the trial. Here, neither of the district court's complained of actions as objectionable. The district court neither commented upon the defendant's guilt nor the weight of the evidence. Counsel's actions have not been demonstrated to be deficient in this regard.

Additionally, any imagined confusion that the district judge may have created concerning her role in the proceedings was ameliorated by the jury instruction that clarified the judge's role in the trial (1 R. 55, p. 180). The district judge admonished the jury:

> "Also, do not assume from anything I that may have done or said during the trial, that I have any opinion concerning any of the issues in the case. Except for the instructions to you on the law, you should disregard anything I may have said during the trial in arriving at your own findings as to the facts."

In addition, the judge instructed the jury that they were the "judges of the facts." (1 R. 55, p. 117). *United States v. Mizell*, 88 F.3d 288, at 296-97 (5th Cir. 1996).

a. <u>Viable defense?</u>

As stated earlier, if Gonzalez can demonstrate he is "actually innocent" by establishing derivative citizenship through his father, 'cause and prejudice' is established. If Gonzalez is unable to demonstrate citizenship, he will otherwise be unable to demonstrate 'cause and prejudice'. In the context of his allegations, the

petitioner must show that he was prejudiced by counsel's ineffective assistance. The prejudice prong, however, is more than just an outcome determinative test; it requires the petitioner to demonstrate that the result of the proceeding was fundamentally unfair or unreliable. "Unreliability or unfairness does not result if the ineffectiveness of counsel does not deprive the defendant of any substantive or procedural right to which the law entitles him." *Lockhart v. Fretwell*, 506 U.S. 364, 372, 113 S.Ct. 838, 843-44 (1993); *Goodwin v. Johnson*, 132 F.3d 162, 174 (5th Cir. 1998).

To prevail on his claims, Gonzalez must identify the acts or omissions that are outside the wide range of professionally competent assistance and then demonstrate that but for counsel's unprofessional errors the result of the proceeding would have been different. *Strickland*, 466 U.S. at 694, 104 S.Ct. at 2068. A reviewing court must endeavor to eliminate the distorting effects of hindsight and evaluate the facts from counsel's perspective at the time of trial. To this end, the court will indulge a strong presumption that counsel's conduct falls within a wide range of reasonable professional assistance. *Id.*

The burden falls on the accused to prove a violation of constitutional standards. The focus is on the attorney's impact on the adversarial process; the

constitutional standards may be met irrespective of an accused's evaluation. *United States v. Cronic*, 466 U.S. 648, 104 S.Ct. 2039 (1984).

Gonzalez neither alleges nor demonstrates 'cause' for his failure to bring the instant claims on direct appeal.

Even if Gonzalez demonstrates that his counsel provided constitutionally infirm representation, Gonzalez must also demonstrate prejudice. If Gonzalez can demonstrate he enjoys derivative citizenship through his father, he should prevail. Although he has not demonstrated 'cause', it would not only demonstrate actual prejudice, but, more importantly, it would establish his innocence of the charges of conviction.

### b. Derivative citizenship

Under 8 U.S.C. §1401, a legitimate child of a U.S. citizen father and an alien mother, born outside the United States after 1952 enjoys derivative citizenship at birth if: the U.S. citizen father lived in the United States for five (5) years prior to the child's birth and two of those years were after the father turned fourteen (14) years of age.

Gonzalez appears to factually demonstrate all but the residency requirement. Gonzalez' father, Juan Ruiz Gonzalez, obtained a U.S. Certificate of Citizenship based upon a derivative citizenship claim through Gonzalez' mother (Government's

Government's Exhibit A attached). In his application for certificate of citizenship, Juan Ruiz Gonzalez, swore that he entered into the United States on May 6, 1966 by wading through the river (Government's Exhibit A attached). This would establish that Gonzalez was a U.S. citizen at his birth in 1944. However, in a subsequent application filed by Gonzalez with I.N.S. for a replacement Certificate on July 13, 1971, Gonzalez certified that he arrived in the United States on May 7, 1966 (Government's Exhibit B attached). Again, on June 8, 1976, in a subsequent application filed by Gonzalez with I.N.S. for another replacement Certificate, Gonzalez certified that he arrived in the United States in 1966 (Government's Exhibit C attached). In order for Gonzalez' father to pass citizenship to him, Gonzalez would have had to reside in the U.S. for ten years prior to April 8, 1967, Gonzalez' date of birth. Sworn documents on file with I.N.S. prove Gonzalez lived in the United States barely one year prior to Gonzalez' birth.

A Section 2255 Motion requires a hearing unless the files, the motion, and the record of the case conclusively show that no relief is appropriate. 28 U.S.C. §2255 (foll.), Rule 8(a). *United States v. Santora*, 711 F.2d 41 (5th Cir. 1983). The need for an evidentiary hearing depends upon an assessment of the record. If the district court cannot resolve the allegations without examining evidence beyond the record, such as a credibility analysis, it must hold a hearing. If the record is adequate to

11

fairly dispose of the allegations, the court need inquire no further. *United States v.*

*Smith*, 915 F.2d 959, 964 (5th Cir. 1990).

IV.

EVIDENTIARY HEARING

A.  Gonzalez' factual claims and ground for relief.

    1.  Ineffective assistance

        a.  Derivative citizenship

The government believes the record before the court is sufficient for the court

to rule.  However, the government does not object to a hearing on the matter,

especially if Gonzalez has additional evidence relating to his father's residency

between 1944 and 1966.  If Gonzalez possesses additional documentary, physical or

testimonial evidence on the residency issue, the government would request pre-

12

hearing notice and discovery of the materials in order that the government may investigate the authenticity of such materials and testimony. FED. R. CIVIL PROC. 26.

                        Respectfully submitted,

                        GREGORY A. SERRES
                        United States Attorney


        By:    _____
                        Mark M. Dowd
                        Assistant United States Attorney
                        TX Bar No. 06070500
                        SD Tex ID No. 9314
                        600 E. Harrison, # 201
                        Brownsville, TX 78520
                        (956) 548-2554

## CERTIFICATE OF SERVICE

I, Mark M. Dowd, do hereby certify that a copy of the foregoing

Respondent's Motion to Dismiss Motion to Vacate Sentence has been mailed on this

the 27th day of September, 2001, via certified mail, return receipt requested to

> Mr. Raymundo Gonzalez-Garibay
> Reg. No. 82756-079
> FCI, Three Rivers
> P.O. Box 4200
> Three Rivers, Texas, 78071

Mark M. Dowd
Assistant United States Attorney

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No. AA-270595

**·DUPLICATE·**

Application No. A17 302 697

Personal description of holder as of date of issuance of this certificate: Sex ___ Male ___ date of birth ___ December 17, 1944 ___ country of birth ___ Mexico ___ complexion ___ Dark ___ color of eyes ___ Brown ___ Height ___ 5 ___ feet ___ 8 ___ inches; weight ___ 160 ___ pounds; visible distinctive marks ___ mole to rt. of rt. eye ___ Marital status ___ Married

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

*Juan Ruiz Gonzalez*
(Complete and true signature of holder)

Be it known that, at a term of the ___ PO Box 53, San Ignacio, Texas ___

hearing of the Commissioner of Immigration and Naturalization, and pursuant to the Nationality Act of the United States, it was found that ___ JUAN RUIZ GONZALEZ ___ then residing at ___ number ___ then residing at ___ who became a citizen thereon ___ December 17, 1944 ___ and derivatively thereafter under the nationality laws of the United States became a citizen thereof.

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this ___ 27th ___ day of ___ June ___ in the year of our Lord nineteen hundred and ___ Sixty-six ___ and the seal of the Department of Justice affixed pursuant thereto.

/s/ Raymond F. Farrell
COMMISSIONER OF IMMIGRATION AND NATURALIZATION

STATISTIC

FORM N-560 (REV 3-1-61)

IT IS A VIOLATION OF THE U. S. CODE (AND PUNISHABLE AS SUCH) TO COPY, PRINT, PHOTOGRAPH, OR OTHERWISE ILLEGALLY USE THIS CERTIFICATE.



GOVERNMENT EXHIBIT
A

21α

Form approved.
Budget Bureau No. 43-R105.o.

FEE STAMP

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

## APPLICATION FOR CERTIFICATE OF CITIZENSHIP

NO RECORD
SNA Index
Date 5-12-66
Searched by _____

$ 5.00  FEE PAID  No. 2129
IMMIGRATION & NATURALIZATION SERVICE
San Antonio, Texas
Date 6-10-66

Take or mail this application to:
IMMIGRATION AND NATURALIZATION
San Antonio Texas

Date May 5, 1966

(Print or type) Juan Gonzalez Ruiz _____ nee _____
(Name)                                                    (Maiden name, if any)

NOTIFY
ARNULFO GUERRA
ROMA, TEXAS

P.O. Box 52 _____
(Apartment number, Street address, and if appropriate, "in care of")

Santiago Reyes 78067
(City)        (County)        (State)

ALIEN REGISTRATION
No. 17 302 096

See Instructions on Pages 5 and 6

I hereby apply to the Commissioner of Immigration and Naturalization for a certificate showing that I am a citizen of the United States of America.

(1) I was born in ......Cd. Anahuac N.L. Mexico...... on Dec 17, 1944
(City)              (State or country)          (Month) (Day) (Year)

(2) My personal description is: Sex ..male..; complexion ..drk..; color of eyes ..bra..; color of hair ..blk..; height ..5.. feet ..8.. inches; weight ..140.. pounds; visible distinctive marks ..Un mole la it ef Ft eye..  Marital status: ☐ Single; ☑ Married; ☐ Divorced; ☐ Widow(er).

(3) I arrived in the United States at .. near Roma Texas.. on My 6 1966
(City and State)                    (Month) (Day) (Year)
under the name ....same.... by means of ..wading river..
(Name of ship or other means of arrival)

☐ on U.S. Passport No. ............... issued to me at ............... on ...............
(Month)  (Day)  (Year)
☐ on an Immigrant Visa.

(4) FILL IN THIS BLOCK ONLY IF YOU ARRIVED IN THE UNITED STATES BEFORE JULY 1, 1924.
(a) My last permanent foreign residence was ...............
(City)                        (Country)
(b) I took the ship or other conveyance to the United States at ...............
(City)                    (Country)
(c) I was coming to ............... at ...............
(Name of person in the United States)    (City and State where this person was living)
(d) I traveled to the United States with ...............
(Names of passengers or relatives with whom you traveled, and their relationship to you, if any)

(5) Have you been out of the United States since you first arrived? ☐ Yes ☑ No. If "Yes", fill in the following information for every absence.

| DATE DEPARTED | DATE RETURNED | NAME OF SHIP, OR OF AIRLINE, RAILROAD COMPANY, BUS COMPANY, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PLACE OR PORT OF ENTRY THROUGH WHICH YOU RETURNED TO |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

a declaration of intention to become a citizen of the United States or a pe...
a separate sheet of paper this size and attach it, showing question numbe...
not write between the double lines below.  Continue on next page.

ORDS EXAMINED

ARRIVAL RECORD

Place ...............
Name ...............
Manner ...............
Marital status ............... Age ...............

(Signature of person making search)

Form N-600 (Rev. ............)

(1) MAY 1 6 1966

(CONTINUE HERE)

(7) I claim United States citizenship through my *(check whichever applicable)* ☐ father; ☒ mother; ☐ both parents;

☐ husband;   ☐ as a British Columbia Indian having resided in Alaska continuously since ........................................

(8) My father's name is ....Higinio Gonzalez........................; he was born on ..1/11/1900...................................
                                                                          (Month)   (Day)   (Year)
at ..San Juan de Sabinas Coah. Mexico....; and resides at..Cd Anahuac N.L..........................................
      (City)             (State or country)                        (Street address, city, and state or country.  If dead, write
"dead" and date of death.)   He became a citizen of the United States by ☐ birth; ☐ naturalization on ........................
                                                                  (Month)   (Day)   (Year)
in the ........................................................ Certificate of Naturalization No. ........................................;
               (Name of court, city, and State)

☐ through his parent(s), and ........................ issued Certificate of Citizenship No. A or AA ........................
                           (was)   (was not)

(If known) His former Alien Registration No. was ........................................................................................

He ..N.C.. since lost United States citizenship. *(If citizenship lost, on a separate sheet this size state how and when he*
  (has)  (has not)

*lost and attach it, showing question number.)* only  1 day Vesta since 1966

He resided in the United States from ................ to ................; from ................ to ................; from ................ to ................
                    (Year)         (Year)          (Year)         (Year)        (Year)      (Year)
I am the child of his ..no 1st.. marriage. legitimate
                   (1st, 2d, 3d, etc.)

(9) My mother's maiden name was Cecilia Ruiz........................; her present name is Ruiz de Gonzalez............;

she was born on 11/23/1920............ at ..Jetabes Texas..................................; she resides
              (Month)   (Day)   (Year)          (City)           (State or country)
at Cd Anahuac N.L. Mexico........................ She became a citizen of the United States
   (Street address, city, and State or country.  If dead, write "dead" and date of death.)

by ☒ birth; ☐ naturalization under the name of ..................................................................................

on ........................................ in the ................................................................................................
    (Month)   (Day)   (Year)                 (Name of court, city, and State)

Certificate of Naturalization No. ........................; ☐ through her parent(s), and ........................ issued Certificate

of Citizenship No. A or AA ........................ (If known) Her former Alien Registration No. was ........................

She has not since lost United States citizenship. *(If citizenship lost, on a separate sheet this size state how and when she*
   (has)  (has not)

*lost and attach it, showing question number.)*

She resided in the United States from 1920.. to 1931.. from ................ to ................; from ................ to ................ I am the
                                      (Year)         (Year)       (Year)       (Year)
child of her ..no 1st.. marriage. legitimate
       (1st, 2d, 3d, etc.)

(10) My mother and my father were married to each other on July 30, 1963... at Rodriguez N.L. Mexico.....
                                        (Month)   (Day)   (Year)   (City)     (State or country)

My mother has been married ..1.. time(s); and my father has been married ..1.. time(s).
                   (1, 2, X etc.)                          (1, 2, 3, etc.)

(11) My ..no.. served in the Armed Forces of the United States from ........................................
      (father, mother)                                       (Date)

to ........................ and ........................ honorably discharged.
  (Date)               (was)   (was not)

(12) I ..have not.. lost my United States citizenship. *(If citizenship lost, on a separate sheet this size state how and when you*
   (have)  (have not)

*lost, and attach it, showing question number.)*

(13) Issue my certificate in the name of: ..Juan Ruiz Gonzalez........................................

(14) I submit the following documents with this application:

*Nature of Document*                                     *Names of Persons Concerned*

3 photos of appl

Exh 1  B/c of appl

(2)

**(15)** Fill in this block only if you claim citizenship through your stepfather.

The full name of my stepfather is ............................................................; he was born on ..................................

(Month)   (Day)   (Year)

at ........................................; and resides at ........................................

(City)   (State or country)   (Street address, city, and State or country.  If dead, write

"dead" and date of death.)   He became a citizen of the United States by ☐ birth; ☐ naturalization on ...............

(Month) (Day) (Year)

in the ........................................ Certificate of Naturalization No. ........................................;

(Name of court, city, and State)

☐ through his parent(s), and ................ issued Certificate of Citizenship No. A or AA ........................................

(was)   (was not)

He ................ since lost United States citizenship.  *(If citizenship lost, on a separate sheet this size state how and*

(has)  (has not)

*when he lost and attach it, showing question number.)*

He and my mother were married to each other on ........................................ at ........................................

(Month)   (Day)   (Year)   (City and State or country)

My mother is of the ................ race.  She (was, was not) issued Certificate of Citizenship No. A ........................................

Before marrying my mother, my stepfather was married ................ time(s), as follows:

(1, 2, 3, etc.)

| Date Married | Name of Wife | | If Marriage Has Been Terminated: |
| | | Date Marriage Ended | How Marriage Ended *(Death or divorce)* |
| -------- | -------- | -------- | -------- |
| | | | |
| | | | |

**(16)** Fill in this block only if you are now or ever have been a married woman.

I have been married ................ time(s), as follows:

(1, 2, 3, etc.)

| Date Married | Name of Husband | Citizenship of Husband | If Marriage Has Been Terminated: | |
| | | | Date Marriage Ended | How Marriage Ended *(Death or divorce)* |
| -------- | -------- | -------- | -------- | -------- |
| | | | | |
| | | | | |

**(17)** Fill in this block only if you claim citizenship through a husband.

Name of citizen husband ........................................; he was born on ........................................

(Give full and complete name)   (Month)   (Day)   (Year)

at ........................................; and resides at ........................................

(City)   (State or country)   (Street address, city, and State or country.  If dead, write

"dead" and date of death.)   He became a citizen of the United States by ☐ birth; ☐ naturalization on ...............

(Month) (Day) (Year)

in the ........................................ Certificate of Naturalization No. ........................................;

(Name of court, city, and State)

☐ through his parent(s), and ................ issued Certificate of Citizenship No. A or AA ........................................

(was)   (was not)

He ................ since lost United States citizenship.  *(If citizenship lost, on a separate sheet this size state how and*

(has)  (has not)

*when he lost and attach it, showing question number.)*

I am of the ................ race.  Before my marriage to him, he was married ................ time(s), as follows:

(1, 2, 3, etc.)

| Date Married | Name of Wife | | If Marriage Has Been Terminated: |
| | | Date Marriage Ended | How Marriage Ended *(Death or divorce)* |
| -------- | -------- | -------- | -------- |
| | | | |
| | | | |

**(18)** Fill in this block if any member of your immediate family has submitted or is submitting a similar application to an office of the Immigration and Naturalization Service.

| Name of Relative | Relationship | When Application Submitted | Certificate No. and File No., If Known, and Location of Office |
| -------- | -------- | -------- | -------- |
| Mauro A. Reynaldo | bros | Mailed April 18, 1966 | Sec S/R H /  1 G/ |
| Antonio | bro | Mailed the same date with this | |

**(19)** Signature of person preparing form, if other than applicant.  I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Signature: *[signature]*

Address: Roma Texas   Date: May 5, 1966b

**(20)** I .... have not .... heretofore filed an application for

(have)  (have not)

a certificate of citizenship on ........................................

19......, at *Juan Gonzaly Ruiz*

(Sign Here)   (Signature of applicant or parent or guardian)

(3)



APPLICANT.—Do not fill in or sign anything on this page

## AFFIDAVIT

I, the .............. applicant ......................., do swear
that I know and understand the contents of this application,
signed by me, ~~and of attached supplementary pages num-
bered ( ) to ( ), inclusive~~; that the same are true to the
best of my knowledge and belief; and that corrections num-
bered (/) to (/ 7) were made by me or at my request.

Subscribed and sworn to before me upon examination of the
applicant (~~parent, guardian~~) at Hidalgo, Texas
...................., this ............ day of JUN 2 0 1966 ..., 196...,
and continued solely for:

None

_____
(Signature of applicant, parent, guardian)

_____
(Officer's signature and title) NATURALIZATION EXAMINER

## REPORT AND RECOMMENDATION ON APPLICATION

On the basis of the documents, records, and persons examined, and the identification upon personal appearance of the underage
beneficiary, I find that all the facts and conclusions set forth under oath in this application are .......... true and correct; that the
applicant did ...... ~~XOXOXOX~~ acquire United States citizenship on at birth Dec. 17, 1944 ......................., through
                                        (Month)      (Day)      (Year)
his mother, who was then a citizen of the US through birth in the US, and who had
resided in the US prior to applicant's birth, applicant having been born out of wedlock,

and that (s)he has Not been expatriated since that time. I recommend that this application be GRANTED ............ and that
.. AA ...... Certificate of Citizenship be ....... issued in the name of **JUAN RUIZ GONZALEZ**
(A)    (AA)
In addition to the documents listed in Item 14, the following documents and records have been examined:

B/C and Bapt. Cert. of M., and M/C of parents contained in File No. A17 302 121 of
brother, Raymundo.

| Person Examined | Address | Relationship to Applicant | Date Testimony Heard |
|---|---|---|---|
| Appli. (testified & took oath) | as alleged | | JUN 20 1966 |
| Mr. & Mrs. Higinio Gonzalez | " " | parents | |
| | | | |

Supplementary Report(s) No.(s) ........ 1 ........ Attached.

_____
(Officer's signature) NATURALIZATION EXAMINER

.......... JUN 2 0 1966 ........, 196...

I do .......... concur in the recommendation.

Date .......... JUN 2 0 1966 ........, 19...

_____
(Signature of District Director or Officer in Charge)

(4)

Hidalgo, Texas
June 20, 1966

Re:

Raymundo Ruiz GONZALEZ     A17 302 121
Mauro    "    "     A17 302 122
Antonio    "    "     A17 302 696
AND
Juan    "    "     A17 302 697

## SUPPLEMENTARY REPORT NO. 1

Both parents were questioned under oath, and both testified that although they had lived together, only in Mexico since prior to the birth of their oldest child, Antonio, they did not legally marry until July 30, 1963. That the reason why they got married was because appli. Raymundo had made application for a visa, and he needed their M/C. That sometime in 1963 Raymundo was requested by the U. S. Consul in Monterrey, N. L., Mexico to go with his mother to the U. S. Consulate in Nuevo Laredo, Tamps., Mexico and present the necessary docs. to see if he had acquired USC through his mother. That mother was asked to get her B/C since the only thing she had was a bapt. cert. That around April of 1964 when they had gotten all the necessary docs. together, mother presented Mauro, Raymundo, Antonio, and Angelica at the U. S. Consulate at N. Laredo, Tamps., Mexico, and she was told by a Mrs. Guerra there at the Consulate that said children could not claim through her because she had resided in the U. S. only during her childhood.

All applicants testified that the next time they renewed their interest in inquiring about their possible claim to USC was about April of 1966 when Adolfo Gomez, Mauro's brother-in-law told them about Atty. Arnulfo Guerra, and after talking to Atty. Guerra, he advised them that all of them including all their brothers and sisters appeared to have a good claim to USC, and assisted them in submitting their N-600's.

Applicant, Raymundo, admitted marching in Mexico on Sundays during the year 1957, and voting one time in Mexico for Gustavo DIAZ-Ordaz.

Applicant, Mauro, admitted marching in Mexico on Sundays during the year 1959 and voting for Adolfo LOPEZ-Mateos.

Applicant, Antonio, admitted marching in Mexico on Sundays during the year 1955, and voting for Gustavo DIAZ-Ordaz.

Applicant, Juan, admitted marching in Mexico on Sundays during the year 1963.

All other possible acts of expatriation are denied by mother and applicants.

This examiner is satisfied that true knowledge of applicants' claim to USC did not come to applicants until on or about April, 1966 when they talked to Atty. Guerra, the therefore could not have expatriated prior to that date.

B/C of applicant Antonio was requested because the one in file was recorded in 1966 as a legitimate child whereas he claims the original B/C shows him to be "Hijo Natural".

It is therefore recommended that all these applications be granted, that of Antonio upon receipt of his original B/C.

Mother advised that her 10 other children appear to have a good claim to USC and that she should inform them of said claim, to-wit: Guadalupe(F) 5/3/40; Alicia de Sanchez 1/3/43; Gloria, 5/27/46; Isidro, 5/6/49; Cecilia, 4/18/41; Francisca, 8/7/52; Angelica, 12/1/53; Rosario 1/7/56; Maria Yolanda, 4/23/59; and Maria Elisa, 6/14/63.

(Note: Guadalupe (a single female) is a rural teacher working for the Mexican gov't. at La Paz Chihuahua, but does not know of her claim to USC, but mother advised to inform her.)

_(signature)_
Gen. Atty. (Nationality)

CAMPDF - www.PDFwww.com

# 𝔒𝔞𝔱𝔥 of 𝔄𝔩𝔩𝔢𝔤𝔦𝔞𝔫𝔠𝔢

I hereby declare, on oath, (affirm) that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law;

and that I take this obligation freely without any mental reservation or purpose of evasion: SO HELP ME GOD. In acknowledgment whereof I have hereunto affixed my signature.

Subscribed and sworn (affirmed) to before me, a designated representative of the Immigration and Naturalization Service, this ................... JUN 2 0 1966 .............. day of ......................................, 19........, at ................... Hidalgo, Texas ....................

(Title) .................... NATURALIZATION EXAMINER ....................

.................................................., 19........

I hereby certify that I have this day received original certificate of citizenship of which this is a duplicate.

........................ ............ .................................. ........................

A17 302 133
A17 302 122
A17 302 121
A17 300 115
A17 302 697
A17 302 631

June 28, 1966

Mr. Arnulfo Guerra
Attorney at Law
PO Box 174
Roma, Texas, 78584

Dear Mr. Guerra:

We are pleased to advise that Certificates of Citizenship were mailed
to subjects listed below:

NAME                           ADDRESS

Mario Israel Torres            1535 Ste Anne St., Detroit, Michigan(16)
Mauro Ruiz Gonzalez            PO Box 52, San Ignacio, Texas
Raymundo Ruiz Gonzalez         PO Box 52, San Ignacio, Texas
Virgilio Canales Pena          2400 North 10th St., McAllen, Texas
Juan Ruiz Gonzalez             PO Box 52, San Ignacio, Texas
Demetria Diaz Garcia           Box 1, La Grulla, Texas

                    Very truly yours,


                    William T. Jarmon
                    Asst. District Director for Citizenship

*61*

Form approved,
Budget Bureau No. 43-R099.9

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

No. _____

## APPLICATION FOR A NEW NATURALIZATION OR CITIZENSHIP PAPER
### (See instructions on Reverse)

Fee Stamp  *17-302-697*

Take or mail to **District Director**
IMMIGRATION AND NATURALIZATION SERVICE,
P. O. Box 2539, San Antonio, Texas

$5⁰⁰  **FEE PAID**  No. *10-67*
IMMIGRATION & NATURALIZATION SERVICE
San Antonio
Date *7-13-71*

I hereby apply for a new: [X] Certificate of Citizenship  [ ] Certificate of Naturalization  [ ] Certificate of Repatriation
[ ] Declaration of Intention.

SNA
N.F. *7-13-71*

(1)(a) My full, true name is ___Juan Ruiz Gonzalez___
(b) The name in which my paper was issued was ___Juan Ruiz Gonzalez___
(c) Other names I have used are ___None___
(2) I was born at ___Cd. Anahuac, N. L., Mexico___ on ___December 17, 1941___

(City or town)  (Country)  (Month) (Day) (Year)

(3) I arrived in the United States at ___near Roma, Texas___ on ___May 7, 1966___

(City or town)  (State)  (Month) (Day) (Year)  *7-16-71*

(4) I now reside at ___905 West Mayfield, San Antonio, Texas 78211___

(Apt. No.)  (Number and street)  (City or town)  (County)  (State)  (Zip Code)

(5a) My personal description is: Sex ___Male___; complexion ___Med.___, color of eyes ___Brown___;
color of hair ___Black___; height ___5___ feet ___8___ inches; weight ___160___ pounds; visible distinctive
marks ___None mole - birth of lip (1)___  marital status ___Married___

(5b) Country of which I am a citizen, subject, or national ___Mexico (birth at)___
(6) The naturalization or citizenship paper was issued to me by ___Immigration and Naturalization Service___
at ___San Antonio, Texas___ on ___June 27, 1966___

("Immigration & Naturalization Service" or name of court)
(City or town)  (County)  (State)  (Month)  (Day)  (Year)

(7) (If applicable) Since becoming a citizen, I [ ] have  [X] have not lost my citizenship in any manner.
(8) Since the date the naturalization or citizenship paper was issued to me I have not been absent from the
United States for more than six months, except as follows: (If none, state "none.")

*JUL 21 1971*

| DEPARTED FROM THE UNITED STATES | | | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|---|
| Port | Date (Month, day, Year) | Vessel or Other Means of Conveyance | | Port | Date (Month, day, Year) | Vessel or Other Means of Conveyance |
| Short visits to Mexico | | | | | | |

(If applicable) (9) Such paper became [X] Lost [ ] Mutilated [ ] Destroyed on or about ___June 28, 1971___

(Month) (Day) (Year)

at ___Cd. Anahuac, N. L., Mexico___ under the following circumstances: ___The___

(City or town)  (State or country)

___citizenship papers and other papers were stolen from my car___

---

Answer (10) Only if You Are Applying For a New Paper in a Changed Name.
(10) My name was changed to my present name by —

_____ on _____ _____
(City or town)  (County)  (State)  (Date)

_____ Court, at _____
(City or town)

on _____
(County)  (State)  (Month)  (Day)  (Year)

form, if other than applicant    **Signature of Applicant**

___ was prepared by me at the
based on all information of

I certify that the above statements are true and correct to the
best of my knowledge and belief.

Complete signature of applicant:

___Juan Ruiz Gonzalez___

Roma, Tex.   Date   July 6, 1971

Mailing Address: Number, Street, City, and Zip Code
905 W. Mayfield, San Antonio, Tex.

*JUL 21 71*

GOVERNMENT
EXHIBIT
B

**Block I.— Information About Alien Beneficiary (Continued)**

20. Address in the United States where beneficiary will reside  (City)  (State)
905 W. Mayfield, San Antonio, Texas

21. Address at which beneficiary is presently residing  (Apt. No.) (Number and street) (Town or city) (Province or State) (Zip Code, If in U.S.)
Fvda. Gonzalez, Interior 4, Anahuac, Nuevo Leon, Mexico.

22. If beneficiary is in the United States, give the following information concerning beneficiary:
a. He last arrived in the U.S. on (Month) (Day) (Year)  b. He last arrived in U.S. as (Visitor, student, exchange alien, crewman, stowaway, etc.)

c. Show date beneficiary's stay expired or will expire as shown on his Form I-94 or I-95;

d. Name and address of present employer  Date alien began this employment

23. Check the appropriate box below and furnish the information required for the box checked:
[X] Beneficiary will apply for a visa abroad at the American Consulate in Monterrey, Nuevo Leon, Mexico
(City in foreign country)  (Foreign country)
[ ] Beneficiary is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the Office of the Immigration and Naturalization Service at ___ (City) ___ (State)
If the application for adjustment of status is denied the beneficiary will apply for a visa abroad at the American Consulate in ___
(City in Foreign Country)  (Foreign Country)

**Block II.— Information About Petitioner**

24. My name is  (Last) (First) (Middle)
GONZALEZ  Juan  Ruiz
25. If you are a married woman, give your maiden name
no

26. I reside in the United States at (Apt. No.) (Number and street) (Town or city) (State) (ZIP Code)
905 W. Mayfield, San Antonio, Texas

27. Address abroad (if any) (Number and street) (City or town) (Province) (Country)

28. I was born: (Month) (Day) (Year)  In: (City or town) (State or Province) (Country)
Dec.7, 1944  Cd. Anahuac, Nuevo Leon, Mexico

29. If you are a citizen of the United States, give the following:
a. Citizenship was acquired: (Check one)
[ ] through birth in the U.S.  [X] through parents
[ ] through naturalization  [ ] through marriage
(1) If acquired through naturalization, give name under which naturalized, number of naturalization certificate and date and place of naturalization:
(2) If acquired through parentage or marriage, have you obtained a certificate of citizenship in your own name based on such acquisition? ___yes___ (a) If so, give number of certificate and date and place of issuance: Cert. San antonio
AA 270595  App. No. A17 302 697.  San Antonio, Texas. 7/27/71
(b) If not, submit evidence of citizenship in accordance with Instruction 3a.(2).
b. Have you or any person through whom you claim citizenship ever lost United States citizenship? ___
If so, attach detailed explanation on separate sheet.

30. If you are a lawful permanent resident alien of the United States, give the following:
a. Alien Registration Number: A ___
b. Date, place, and means of admission for lawful permanent residence
c. Have you ever lost status as a lawful permanent resident alien? ___ If so, explain:
(If you are married to a citizen of the United States, read Instruction 1b carefully)

**Block III.— Oath or Affirmation of Petitioner**
I swear (affirm) that I know the contents of this petition signed by me and that the statements herein are true and correct.
Signature of petitioner (See Instruction No. 5) → Juan Ruiz Gonzalez
Subscribed and sworn to (affirmed) before me this ___ day of ___ Dec. ___, A.D. 19 71, at Laredo, Texas.
(SEAL) My commission expires 6/1/73
(Signature of officer administering oath)  (Title)

**Block IV.— Signature of Person Preparing Form, If Other Than Petitioner**
I declare that this document was prepared by me at the request of the petitioner and is based on all information of which I have any knowledge.
(Signature)  1213 S. Bernardo, Laredo, Texas  12/6/71
(Address)  (Date)

# EXAMINER'S REPORT

I have investigated this application and I am satisfied that the applicant is _____ the person to whom the original record relates and that the applicant has _____ *No* become expatriated subsequent to acquiring United States citizenship, and that the naturalization or citizenship paper described in the application has ___ been _____ *LOST*

<span style="text-align:center">(lost, mutilated, destroyed, surrendered)</span>

The naturalization or declaration has _____ been verified.

Supplemental report is _____ *Not* attached hereto.

Corrections number ( ) to number ( ) approved by me.

_____ (Applicant)

I recommend that the application be _____ granted.

Approved, *8/12*, 19 *71*

_____ (Naturalization Examiner)

_____ (District Director)

New   N-561   No. 45021   issued on   July 27, 1971 _____ received by me

*8/12/71*
(Date)

_____ (Applicant's signature)

## INSTRUCTIONS TO THE APPLICANT

(This form must be completely filled out in ink or on a typewriter. This application is for use by a person who has been issued a declaration of intention, a Naturalization Certificate, a Certificate of Citizenship or a Certificate of Repatriation which has been lost, mutilated or destroyed. It may also be used by a person who became a citizen after birth and whose name has been changed by marriage or by order of a court and who desires a new paper in the changed name. If you claim citizenship through the naturalization of a spouse or parent and have never had a certificate in your own name, do not use this Form, but use Form N-600.)

Photographs.—You are required to send with this application two photographs of yourself taken within 30 days of the date of this application. They may be in natural color or in black and white, but black and white photographs which have been tinted or otherwise colored are not acceptable. These photographs must be 2 by 2 inches in size, and the distance from top of head to point of chin should be approximately 1¼ inches. They must not be pasted on cards or mounted in any other way, must be on thin paper, have a light background, and clearly show a front view of your face without hat. Snapshots, group, or full-length portraits will not be accepted. Your photographs should NOT be signed until after the new naturalization or citizenship paper has been made out, but on the back of each photograph your name MUST NOW be printed lightly and carefully, using a soft pencil to avoid mutilation of the face of the photograph.

Proof of changed name.—If you became a citizen after birth and your name has been changed by marriage after the Certificate was issued, and you are applying for a certificate in the changed name, you must attach to this application a certified copy of the public record of your marriage. If your name has been changed by a decree of court of competent jurisdiction after the Certificate was issued, you must attach to the application a certified copy of the decree of court changing your name; and if you live in a State where, under the decree of court changing your name, further acts are required of you before the decree becomes final, in such case you must also attach to this application a certificate from the court that you have complied with all conditions of the decree changing your name.

Certificate of Naturalization or Citizenship.—You must submit with this application the certificate of naturalization or of citizenship which was issued to you prior to your change of name, or which has been mutilated for retention by the Immigration and Naturalization Service if the application is granted. If you are unable to submit such certificate because it is lost or destroyed, state the circumstances fully on a separate sheet of paper the same size as this application.

Proof of Marital Status.—If your marital status has changed because of marriage, divorce, or the death of your spouse since the date you were naturalized, you must submit a certified copy of your marriage record, your divorce decree, or the death certificate of your spouse, (unless the law of the State issuing any such document makes it illegal to duplicate it by photostat or photograph).

Fee.—A fee of five dollars ($5) must accompany this application, unless you are applying for a copy of proceedings under the act of June 25, 1936, as amended, that is, unless you are a woman born in the United States who lost citizenship by marriage to an alien before September 22, 1922, and are applying for a copy of the proceedings through which you were repatriated by taking an oath of allegiance to the United States. The fee for a copy of such proceedings is $1.50. The fee is required for filing the application and is not returnable, regardless of action taken thereon.

Remittances should be made payable to the "Immigration and Naturalization Service, Department of Justice." If residing in the Virgin Islands, remittances should be drawn in favor of the "Commissioner of Finance of the Virgin Islands" if residing in Guam, remittances should be drawn in favor of the "Treasurer, Guam," if you mail this application, attach money order or check. DO NOT SEND CASH.

An applicant for a new declaration of intention or certificate of naturalization in lieu of one lost, mutilated, or destroyed, who was a member of the military or naval forces of the United States at any time after April 20, 1898, and before July 5, 1902; or at any time after April 5, 1917, and before November 12, 1918; or who served on the Mexican border as a member of the Regular Army or National Guard between June 1916 and April 1917; or who has served or hereafter serves in the military, air, or naval forces of the United States after September 16, 1940, or who is presently serving and who was not at any time during such period or thereafter separated from such forces under other than honorable conditions, who was not a conscientious objector who performed no military duty whatever or refused to wear the uniform, or who was not at any time during such period thereafter discharged from such military, air, or naval forces on account of alienage, is not required to pay any fee. In such cases your honorable discharge must be presented with this application.

Case 1:01-cv-00100  Document 8  Filed in TXSD on 10/01/2001  Page 26 of 38

234-10 CXD #5

Form Approved
OMB No. 43-R0099

No. A-17 30 2-69

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

## APPLICATION FOR A NEW NATURALIZATION OR CITIZENSHIP PAPER

Fee Stamp A-17-302-669

Take or mail to
IMMIGRATION AND NATURALIZATION SERVICE

SNA 6-8-76 B

$5.00    FEE PAID No. 234-10

IMMIGRATION AND NATURALIZATION SERVICE
San Antonio, Texas    TC8

Date 6-8-76

I hereby apply for a new: ☒ Certificate of Citizenship ☐ Certificate of Naturalization ☐ Certificate of Repatriation ☐ Declaration of Intention.

(1)(a) My full, true name is    Juan Ruiz Gonzales
   (b) The name in which my paper was issued was    Juan Ruiz Gonzales
   (c) Other names I have used are    no

(2) I was born at    Cuidad Anahuac, Nuevo Leon, Mexico    on    Dec. 17    1944
   _(City or town)_          _(Country)_        _(Month)_  _(Day)_  _(Year)_

(3) I arrived in the United States at    Hidalgo,    Texas    on _____ 1966
   _(City or town)_        _(State)_        _(Month)_  _(Day)_  _(Year)_

(4) I now reside at    366 Briggs, San Antonio, Bexar, Texas 78211
   _(Apt. No.)_  _(Number and street)_  _(City or town)_  _(County)_  _(State)_  _(Zip Code)_

(5a) My personal description is: Sex    Male    ; complexion    brown    ; color of eyes    brown    ;
   color of hair    black    ; height    5    feet    8    inches; weight    164    pounds; visible distinctive
   marks    none MOLE, FRONT, LEFT, EYE    ; marital status    married    ;

(5b) Country of which I was a citizen, subject, or national    Mexico

(6) The naturalization or citizenship paper was issued to me by    I & N S    ("Immigration & Naturalization Service" or name of court)
   at    Hidalgo    Hidalgo    Texas    on    JUNE 27 1966
   _(City or town)_  _(County)_  _(State)_    _(Month)_  _(Day)_  _(Year)_

(7) (If applicable) Since becoming a citizen, I ☐ have ☒ have not lost my citizenship in any manner.

(8) Since the date the naturalization or citizenship paper was issued to me I have not been absent from the
   United States for more than six months, except as follows: (If none, state "none.")

RECEIVED

| | DEPARTED FROM THE UNITED STATES | | RETURNED TO THE UNITED STATES | | |
|---|---|---|---|---|---|
| Port | Date (Month, Day, Year) | Vessel, or Other Means of Conveyance | Port | Date (Month, Day, Year) | Vessel, or Other Means of Conveyance |
| none | | | | | |
| | | | | | |
| | | | | | |

(9) (If applicable) Such paper became ☒ Lost ☐ Mutilated ☐ Destroyed on or about    23    Mar    1976
   _(Month)_  _(Day)_  _(Year)_
   at    San Antonio, Texas, USA    under the following circumstances:
   _(City or town)_        _(State or country)_
   Lost w/ wallet and papers in it.

Answer (10) Only if You Are Applying For a New Paper in a Changed Name.

(10) My name was changed to my present name by —

   (a) Marriage at _____
      _(City or town)_  _(County)_  _(State)_

   (b) Decree of _____ Court, at _____
                                 _(City or town)_
      _(County)_  _(State)_    on _____
                              _(Month)_

| Signature of person preparing form, if other than applicant | Signature of |
|---|---|
| I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.<br>Signature:<br>ED G MENDIOLA JR  Ed Mendiola | I certify that the above statements best of my knowledge and belief. Complete signature of applicant:<br>X Juan Ruiz Gonz |
| Address<br>710 Bynum, San Antonio, Tex | Mailing Address: Number, Street, City, State, and Zip Code<br>366 Briggs, San Antonio, Tex. 78211 |
| Date<br>7 Jun 1976 | Telephone Number<br>923-1675 |

Form N-565 (Rev. 9-27-75) N

JUN

GOVERNMENT EXHIBIT
C

# EXAMINER'S REPORT

I have investigated this application and I am satisfied that the applicant is _____ the person to whom the original record relates and that the applicant has _____ become expatriated subsequent to acquiring United States citizenship, and that the naturalization or citizenship paper described in the application has _____ been _____ _lost_

(Lost, mutilated, destroyed, surrendered)

The naturalization or declaration has _____ been verified.

Corrections, number (4) to number ( 1 ) approved by me.

Supplemental report is _not_ attached hereto.

_Juan Ruiz Hernandez_
(Applicant)

I recommend that the application be _____ granted.

Approved, __7/9/76__, 19___ _William Jackson_
(Naturalization Examiner)

_Joe O. Staley_
(District Director)

New _N-561_ No. _52393_ issued on __7/2/76__ received by me

__7/4/76__
(Date)

_Juan Ruiz Hernandez_
(Applicant's signature)



GOVERNMENT
EXHIBIT
7 D

### Registro del Estado Civil — Estado de Nuevo León

**960575**

En nombre de la República de México y como Oficial

del Estado Civil en esta Municipalidad hago saber a los que la

presente vieren y Certifico ser cierto que en el Libro número

del Registro Civil que es a mi cargo, correspondiente al año de

_____ en la foja _____ se encuentra asentada un acta del tenor

siguiente: (AL MARGEN) ACTA No. 167 ... ...
RAIMUNDO GONZALEZ GARYBAYLAN CELINO.—En ... ...
Estado Nuevo León siendo las 11.10 horas del ... ...
Junio de 1967, ante mi Profr. Francisco ... ...
lo del Registro Civil en ésta ciudad compareció ante
te Juez de Civil de mi cargo el Sr. Juan Gonzalez de ...
ños de edad, mexicano, católico, ... ...
nalera, originario y vecino de ésta ... ...
su casa habitación sita en ésta a ... ...
horas del día 8 de Abril de 1967 una ... ...
... el nombre de RAIMUNDO ... ...
legítimo en el lugar del ... ...
la Sra. Vicenta Garybay de 21 años de ... ...
católica, de ocupación en el hogar, ... ...
de ésta ciudad. Son abuelos paternos del ... Sr. ...
Higinio González y Cecilia Luna de 60 y 64 años ... ...
originarios de San Juan de Sabinas, Coah. y ... ...
y abuelos maternos los Sres. Víctor Garybay ... Felipa ...
ños de 60 y 44 años de edad, originarios ... ...
Las Colonias, Coah., y La Barranca, N.L. ... ...
de ésta acta los Sres. Roberto Cárdenas ... ...
... ... mayores de edad ... ...
lo que se hace constar en la presente acta ... ...
al compareciente y testigos ante mi ... ...
continúa firmaron a excepción ... ...
CTOR R. ELIZONDO, JUAN GONZALEZ, ... ...
TALES. (RUBRICAS).—

Es copia fiel y correcta sacada de su original que ...
... a solicitud del interesado de ... ...
... ... ...

... En OFICIAL 1o. ... ...



GOVERNMENT
EXHIBIT
_12a_

(an official stamp which reads:)
"First Officer of the Civil Registry -
Anahuac City"

960575

## MEXICAN UNITED STATES

### CIVIL REGISTRY - STATE OF TAMAULIPAS

On behalf of the Republic of Mexico and as First Officer of the Civil Registry in this Municipality I make known to all who read this and hereby Certify as being true that in Volume Number One of the Civil Registry under my custody and care, corresponding to the year 1967 on Page 169 there appears an official record to wit:

(IN THE MARGIN) OFFICIAL RECORD No. 168.   BIRTH OF THE CHILD RAYMUNDO GONZALEZ GARIBAY. (IN THE MIDDLE) In Anahuac City, State of Nuevo Leon it being 14.10 hours of June 3, 1967, before me, Professor Francisco P. Lazcaño, First Officer of the Civil Registry in this City, personally appeared before this Family Court, Mr. Juan Gonzalez, 22 years old, American, Catholic, married by a civil ceremony, laborer, native of and residing in this City, and stated that his home located in this City and around 8 hours of April 8, 1967, a live baby boy was born, whom he named RAYMUNDO GONZALEZ GARIBAY, a legitimate son "in third place" of the one who appears and of his wife Mrs. Ma[ria] Vicenta Garibay, 21 years old, Mexican, Catholic, housewife, a native of and residing in this city.   The Paternal grandparents of the baby boy Mr. Higinio Gonzalez and Cecilia Ruiz of 60 and 44 years of age, natives of San Juan de Sabinas, Coah., and Niech, Texas, and the maternal grandparents are Mr. Victor Garibay and Felipe Muñoz of 60 and 46 years of age, natives of San Pedro de las Colonias, Coah. and La Barranca, N.L.  Witnesses to this act are Mr. Roberto Cordoba and Pedro Portales, both married, of legal age, and residing in this city.   All which appears in this official record was read to the one who appears and the witnesses who being in agreement with its content, signed along with me the Officer.  I ATTEST.  PROFR. FRANCISCO P. LAZCANO, JUAN GONZALEZ, ROBERTO CORDOBA, PEDRO PORTALES. (FLOURISHES)

This is a true and correct copy taken from its original and is issued at the request of the interested party for all civil purposes according to his rights.

(an official stamp which reads:

"First Officer of the Civil Registry
Cd. Anahuac")

Cd. Anahuac, N.L. February 15, 1972
The First Officer of the Civil Registry

(Flourish)
GONZALO J. MONTEMAYOR LOZANO

I, Sandra R. Cortez, certified by the Administrative Office of the United States Courts for Spanish-English court interpreting, do hereby certify that I have translated from Spanish into English a copy of the document which purports to be the Birth Certificate belonging to RAYMUNDO GONZALEZ GARYBAY. I further certify that the above English translation of the Spanish original is true, correct, and complete to the best of my knowledge and abilities.

Brownsville, Texas, March 11, 1999

SANDRA R. CORTEZ

Case 1:01-cv-00100   Document 8   Filed in TXSD on 10/01/2001   Page 31 of 38

UNITED STATES OF AMERICA
## IMMIGRANT VISA AND ALIEN REGISTRATION

Form I-151 issued.

BEEN PREVIOUSLY IN THE UNITED STATES

**OF:** *(Family Name)*     *(First Name)*     *(Middle Name)*

I & NS FILE NUMBER, IF KNOWN

GONZALEZ-GARIBAY, RAYMUNDO

ACTION BY IMMIGRANT INSPECTOR | THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA *Laredo Bridge System* | SEC. 212(a)(14) LABOR CERTIFICATION

IMMIGRATION 147 LAR 197?     147

LAR 147

*(Name of vessel or flight no. of arrival)*

INELIGIBILITY FOR VISA WAIVED UNDER SECTION

- [ ] NOT APPLICABLE
- [ ] STATUTORILY EXEMPT
- [ ] ATTACHED     2.

ADMITTED UNTIL   IR-2   RESIDE   (CL-SS)

- [ ] 212(e)
- [ ] 212(g)
- [ ] 212(h)
- [ ] 212(i)

X   Not Required

| MO-DAY-YR OF BIRTH | COUNTRY OF BIRTH | OCCUPATION | COUNTRY OF LAST RESIDENCE | MARITAL STATUS | SEX | NATIONALITY |
|---|---|---|---|---|---|---|
| 4-08-67 | Mexico | Student | Mexico | [ ]M [X]S [ ]W [ ]D [ ]SEP | [X]M [ ]F | Mexican |

| FINAL ADDRESS IN THE UNITED STATES | STREET ADDRESS | CITY, STATE, AND ZIP CODE, IF AVAILABLE |
|---|---|---|
| | Rt. 2 Box 252 | Wylie, Texas 75098 |

| ACTION OF S.I.O | ACTION ON APPEAL | U.S.P.H.S. |
|---|---|---|
| | | |

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

### IMMIGRANT CLASSIFICATION

AMERICAN   CONSULATE GENERAL

AT   MONTERREY, N. L., MEXICO

*Mildred Meisol*
of the United States of America.
**Mildred L. Meisol**
~~American~~ Vice-Consul

| IMMIGRANT CLASSIFICATION | |
|---|---|
| CLASSIFICATION SYMBOL | IR-2 |
| FOREIGN STATE/DEPENDENT AREA | |
| IMMIGRANT VISA NO. | |

| ISSUED ON | (Day) | (Month) | (Year) |
|---|---|---|---|
| | 8 | November | 1973 |

THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF

| (Day) | (Month) | (Year) |
|---|---|---|
| 17 | December | 1973 |

**PASSPORT**

| NO | 13070 |
|---|---|

OR OTHER TRAVEL DOCUMENTS (Describe)

| ISSUED TO | Vicenta Garibay de Gonzalez |
|---|---|
| BY | Mexican Consulate- San Antonio, Texas |
| ON | February 19, 1968     chg. |
| EXPIRES | February 18, 1974 |

IV   4656413

Tariff Item No. 21
Fee Paid $20.
Local Cy Equiv.

FORM I-73 FS-511

Case 1:01-cv-00100  Document 8  Filed in TXSD on 10/01/2001  Page 32 of 38



**PETITION TO
CLASSIFY STATUS OF
ALIEN RELATIVE FOR
ISSUANCE OF IMMI-
GRANT VISA**

RECEIVED
DEC 17 1971
IMMIGRATION AND
NATURALIZATION SERVICE
SAN ANTONIO, TEXAS

$ 10 00   FEE PAID   fee stamp
IMMIGRATION & NATUR LIZ TION
San Antonio, Texas
Date 12-28-71 Verified.

GOVERNMENT
EXHIBIT
13

TO THE SECRETARY OF STATE:

The petition was filed on 12/17/1971

The petition is approved for status under section:

[X] 201 (b) CHILD       [ ] 203 (a) (2)
[ ] 201 (b) PARENT      [ ] 203 (a) (4)
[ ] 203 (a) (1)         [ ] 203 (a) (5)

DATE
OF
ACTION
DD
DISTRICT

U. S. APPROVED INS.
CONSULATE GENERAL
UNITED STATES OF
JAN 12 1972   FEB 2 - 19
MONTERREY. MEXICO

Remarks following documents seen and returned
[ ] Proof U.S. citizenship NATZ
[ ] Marriage certificate Returned
[ ] Birth certificate, petitioner
[ ] Birth certificate, beneficiary
[ ] Divorce decree, petitioner
[ ] Divorce decree, beneficiary
No derogatory info. None

(PETITIONER IS NOT TO WRITE ABOVE THIS LINE)

1. Petition is hereby made to classify the status of the alien beneficiary for issuance of an immigrant visa as: *(Check one)*

[X] The spouse, child (regardless of age), parent, brother, or sister of a United States citizen.

[ ] The spouse or unmarried child (regardless of age) of an alien lawfully admitted to the United States for permanent residence.

**Block I.— Information About Alien Beneficiary**

2. Name (Last in CAPS)  (First)  (Middle)
GONZALEZ-Garibay  Raymundo

3. Do Not Write in This Space

4. Relationship of beneficiary to petitioner
son

5. Other names used; Married woman give maiden name

6. Is beneficiary related to you by adoption?
no

7. Place of birth (Country)
Mexico

8. Date of birth (Month, day, year)
April 8, 1967

9. Beneficiary's marital status:
[ ] Married [ ] Widowed [ ] Divorced [ ] Single

10. *Petitioner's* name (Last in CAPS)  (First)  (Middle)
GONZALEZ  Juan  Ruiz

11. Has this beneficiary ever been in the U.S.?
[X] Yes  [ ] No

12. Name of beneficiary's spouse, if married, and date and country of birth (Omit this item if petition is for your spouse)
none

13. Names, birthdates and countries of birth of beneficiary's children, if any
none

14. Full address of beneficiary's spouse and children, if any (Omit this item if petition is for your spouse)
none

15. If this petition is for your spouse or child, give the following:

a. Date and place of your present marriage
Cd. Anahuac, Nuevo Leon, Mexico

b. Number of your prior marriages
none

c. Number of prior marriages of spouse
none

d. Last address at which you and your spouse resided together
(Town or city) (State or Province) (Country)  (Apt No.) (Number and street)
Privada Gonzalez, Interior 4, Anahuac, N.L., Mexico

From (Month) (Year)  To (Month) (Year)
Dec. 4, 1971 to Dec. 6, 1971

16. If this petition is for a child, (a) Is the child married? no (b) Is the child your adopted child? If so, give the names, dates, and places of birth of all other children adopted by you. If none, so state none

17. If this petition is for a brother or sister, are both your parents the same as the alien's parents? no If not, submit a separate statement giving full details as to parentage, dates of marriage of parents, and the number of previous marriages of each parent.

18. If separate petitions are also being submitted for other relatives, give names of each and relationship to petitioner
wife: Vicenta Garibay de Gonzalez, children: Juan Alberto and Mauricio Gonzalez Garibay.

19. Have you ever filed a petition for this alien before? no If so, give place and date of filing and result:

Form I-130
(Rev. 10-15-69)

**UNITED STATES DEPARTMENT OF JUSTICE— Immigration and Naturalization Service**

Case 1:01-cv-00100 Document 9 Filed in TXSD on 10/01/2001 Page 33 of 38

**DEPARTAMENTO DE ESTADO**

Form Approved
Budget Bureau No. 47-R0150

 **SOLICITUD D.... ..A DE INMIGRANTE Y REGISTR... DE EXTRANJERO**

**INSTRUCCIONES:** Este cuestionario debe llenarse por DUPLICADO a máquina o, de hacerlo a mano, en letras de molde legibles. Deben contestarse TODAS las preguntas pertinentes. Cuando una pregunta no es pertinente, indíquese N.P. (no pertinente). Si el espacio previsto en el cuestionario para la respuesta a alguna pregunta fuere insuficiente, sírvase contestar en hojas aparte, por duplicado, indicando los mismos números de las preguntas del cuestionario a las que correspondan las respuestas. Anexe las hojas al cuestionario. NO FIRME este cuestionario hasta que el funcionario consular le indique que lo haga. Los derechos para la presentación de esta solicitud de visa de inmigrante son US $5.00. Estos derechos deben abonarse en dólares de los Estados Unidos o en su equivalente en moneda nacional, o mediante giro bancario, en oportunidad de presentar la solicitud al funcionario consular.

*ADVERTENCIA: Toda declaración falsa u ocultación de un hecho pertinente, puede ser causa de exclusión permanente de los Estados Unidos. Aun cuando el peticionario ya hubiere sido admitido a los Estados Unidos, una declaración fraudulenta puede ser motivo de su enjuiciamiento, deportación, o ambos.*

| 1. Apellido(s) (Family name) | Nombre (First name) | Segundo Nombre (Middle name) |
|---|---|---|
| Gonzalez | Raymundo | Garibay |

2. Otros nombres que haya usado o por los cuales se le conozca (si es mujer casada, indique aquí el apellido de soltera)
   (Other names used or by which known (if married woman, give maiden name))
   Raymundo onzalez Jaribay

3. Nombre completo en alfabeto nacional, si no se usan caracteres romanos (v.g.: árabe)
   (Full name in native alphabet (if Roman letters not used))

| 4. Fecha de nacimiento (Date of birth) Día (Day) Mes (Month) Año (Year) | 5. Edad (Age) | 6. Lugar de nacimiento (Place of birth) Ciudad o pueblo (City or town) (Prov. o Dpto.) (Province) País (Country) |
|---|---|---|
| Abril 8,1967 | 6 | Anahuac,Nuevo Leon,Mexico |

| 7. Nacionalidad (Nationality) | 8. Sexo (Sex) ☒ Masculino (Male) ☐ Femenino (Female) | 9. Estado Civil (Marital Status) |
|---|---|---|
| Mexicana | | ☒ Soltero (Quien nunca se haya casado) (Single (never married)) ☐ Casado (Married) ☐ Viudo (Widowed) ☐ Divorciado (Divorced) ☐ Separado (Separated) |
| | | Incluyendo mi matrimonio actual, me he casado .......................... veces. (Including my present marriage, I have been married .......................... times.) |

| 10. Ocupación (Occupation) | 11. Domicilio actual (Present address) |
|---|---|
| estudiate | Gonzalez Interior 4, Anahuac,N.L. Mexico |

| 12. Motivo del viaje a los EE.UU. (Purpose in going to the United States) | 13. Nombre completo y domicilio del cónyuge (consignar el apellido de soltera de la esposa) (Name and address of wife/husband (give maiden name of wife)) |
|---|---|
| a radicar al lado de mi papa | |

| 14. Nombres y domicilios de los hijos menores de 21 años (Names and addresses of children under 21 years of age) | 15. La(s) persona(s) nombrada(s) en los números 13 y 14 me (no me) acompañará(n) a los Estados Unidos o se (no se) reunirá(n) conmigo posteriormente en dicho país [Person(s) named in 13 and 14 (will) (will not) accompany or follow me to the United States] Tache lo que no corresponda (Cross out words that do not apply) |
|---|---|
| no | |

| 16. ¿Cuánto tiempo piensa permanecer en los EE.UU.? (Si permanentemente, indíquelo) [Length of intended stay (if permanently, so state)] | 17. Puerto de entrada (Intended port of entry) |
|---|---|
| permanentemente | Laredo,Texas |

| 18. Domicilio que tendrá en los Estados Unidos (Final address in the United States) | 19. ¿Tiene Ud. pasaje hasta su destino final? (Do you have a ticket to final destination?) |
|---|---|
| Rt.2, Box 252 (del C.o.) Tex.448 ~~905 W. Mayfield, San Antonio, Texas~~ | no |

| 20. Nombre, parentesco y domicilio de la persona con quien se reunirá en los Estados Unidos. [Person you intend to join (Give name, address and relationship, if any)] | 21. Nombre y domicilio de su fiador (si no es la misma persona u organización indicada en el número 20.) [Name and address of sponsoring person or organization (if different from 20)] |
|---|---|
| mi papa: Juan onzalez Ruiz, 905 W. Mayfield, | San Antonio,Texas |

| 22. Filiación personal: (Personal description) | 23. Señas particulares (Marks of identification) |
|---|---|
| a) Color del cabello (Color of hair)     c) Estatura (Height) .................. m (ft.) .............. cm. (in.) | |
| b) Color de los ojos (Color of eyes)     d) Tez (Complexion) cafes         moreno | |

24. A esta solicitud se anexan los siguientes documentos:
(The following documents are submitted in support of this application)

| | | | |
|---|---|---|---|
| ☒ Certificado de nacimiento (Birth certificate) | ☐ Certificado de defunción (Death certificate) | ☐ Comprobante de medios económicos propios (Evidence of own assets) | ☒ Certificado(s) médico(s) (Medical record(s)) |
| ☐ Certificado(s) de policía (Police certificate(s)) | ☐ Certificado de divorcio (Divorce decree) | ☒ Declaración jurada de manutención (Affidavit of support) | ☒ Fotografías (Photographs) |
| ☐ Certificado de matrimonio (Marriage certificate) | ☐ Hoja de servicio militar (Military record) | ☐ Oferta de empleo (Offer of employment) | ☒ Otros (descríbanse) [Other (describe)] |

pasaporte Mexicano

**ESTE CUESTIONARIO SE OBTIENE GRATIS EN CUALQUIER OFICINA CONSULAR DE LOS ESTADOS UNIDOS**
**THIS FORM MAY BE OBTAINED GRATIS AT CONSULAR OFFICES OF THE UNITED STATES OF AMERICA**

Form FS–510 (Spanish) (2–68)

25. Recursos financieros personales (Personal financial resources)
   a) Efectivo  **para gastos**
      (Cash)
   b) Depósitos bancarios
      (Bank deposits)
   c) Bienes raíces (su valor)...........................
      [Real Estate (value) ]
   d) Otros (describanse)
      [Other (describe) ]

26. Nombre completo y domicilio del padre (si ha fallecido indíquese en qué año murió)    Juan Gonzalez Ruiz
    [Father's name and address (If deceased, so state giving year of death)]   905 W. Mayfield, S.A. Texas

27. Nombre completo de soltera y domicilio de la madre (si ha fallecido indíquese en qué año murió)  Vicenta Garibay
    [Mother's maiden name and address (If deceased, so state giving year of death)]  Gonzalez Interior 4, Anahuac, N.L.

28. Nombre completo y domicilio de su pariente más cercano en el país de su residencia (este dato debe consignarse si ambos padres han fallecido)
    [Name and address of next of kin in home country (if neither parent is living) ]

29. Enumere todos los lugares en que Ud. ha residido durante seis meses o más desde que cumplió los 16 años: (List all places of residence for six months or more since your sixteenth birthday)

| Ciudad o pueblo (City or town) | Provincia o Depto. (Province) | País (Country) | Fechas (Dates) Desde–Hasta (from–to) | Ocupación (Calling or occupation) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

30. Enumere todas las organizaciones de las que Ud. es o haya sido miembro, socio o afiliado desde que cumplió los 16 años (inclusive las organizaciones profesionales, vocacionales, sociales y políticas)
    [List all organizations you are now or have been a member of or affiliated with since your sixteenth birthday (Include professional, vocational, social and political organizations) ]

| Nombre y domicilio de la organización (Name and address) | Fechas (Dates) Desde–Hasta (from–to) | Categoría de miembro o Cargo ejercido (Type of membership and office held, if any) |
|---|---|---|
| | | |
| | | |
| | | |

31. Enumere todos los idiomas, inclusive el propio, que Ud. habla, lee y escribe. (List all languages, including your own, that you can speak, read and write)

| Idioma (Language) | Hablo (Speak) | Leo (Read) | Escribo (Write) |
|---|---|---|---|
| | | | |

32. Enumere, incluyendo fechas, los períodos durante los cuales ha residido o visitado los Estados Unidos. (Cite el tipo de visa que usó o condición en que hizo la(s) visita(s)
    [Inclusive dates of previous residence in or visits to the United States (Give type of visa or status) (If never, so state) ]

33. ¿Ha recibido Ud. tratamiento para desórdenes mentales, alcoholismo o por ser adicto a barbitúricos, en algún hospital, institución, o en cualquier otro lugar? (Si la respuesta es afirmativa, explique)
    (Have you ever been treated in a hospital, institution or elsewhere for a mental disorder, drug addiction or alcoholism? (If answer is Yes, explain) ]   Sí ☐ (Yes)  No ☒ (No)

34. ¿Ha sido Ud. arrestado, convicto o recluído en prisión o internado en algún asilo para indigentes, o en alguna otra institución de caridad? (Si la respuesta es afirmativa, explique)
    (Have you ever been arrested, convicted or confined in a prison, or have you ever been placed in a poorhouse or other charitable institution? (If answer is Yes, explain) ]   Sí ☐ (Yes)  No ☒ (No)

35. ¿Se ha concedido a Ud. perdón o amnistía, decreto de rehabilitación, o algún otro acto de clemencia o acción semejante? (Si la respuesta es afirmativa, explique)
    (Have you ever been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? (If answer is Yes, explain) ]   Sí ☐ (Yes)  No ☒ (No)

36. ¿Ha solicitado Ud. alguna vez visa para entrar a los Estados Unidos? (Si la respuesta es afirmativa indique cuándo y dónde la solicitó, si la solicitó de inmigrante o de no-inmigrante, y si ésta le fue otorgada o rehusada)
    (Have you ever applied for a visa to enter the United States? (If answer is Yes, state where and when, whether you applied for a nonimmigrant or an immigrant visa and whether the visa was issued or refused) ]   Sí ☐ (Yes)  No ☒ (No)

37. ¿Se le ha rehusado a Ud. entrada a los Estados Unidos durante los últimos doce meses? (Si la respuesta es afirmativa, explique)
    (Have you been refused admission to the United States during the last twelve months? (If answer is Yes, explain) ]   Sí ☐ (Yes)  No ☒ (No)

38. ¿Se ha inscrito Ud. en el Servicio Militar, bajo las leyes del Servicio Selectivo de los Estados Unidos (United States Selective Service Law) (Si la respuesta es afirmativa, explique)
    (Have you ever registered with a draft board under United States Selective Service Laws? (If answer is Yes, explain) ]   Sí ☐ (Yes)  No ☒ (No)

39. ¿Ha solicitado Ud. en alguna ocasión que se le exima del entrenamiento y servicio en las fuerzas armadas de los Estados Unidos, o ha salido o permanecido fuera de los Estados Unidos para evadir o evitar el servicio militar? (Si la respuesta es afirmativa, explique)
    (Have you ever applied for relief from training and service in the United States armed forces or departed from or remained outside the United States to avoid or evade military service? (If answer is Yes, explain) ]   Sí ☐ (Yes)  No ☒ (No)

40. ¿Es su intención entrar a los Estados Unidos desde Canadá, México, o desde alguna isla adyacente a los Estados Unidos, dentro de los dos años de haber llegado a dichos países o islas adyacentes? (Si la respuesta es afirmativa, consigne el nombre de la empresa de transportes que usó para entrar, o por medio de la cual piensa entrar a México, Canadá o a tal isla adyacente)
    [Do you intend to enter the United States from Canada, Mexico or an island adjacent to the United States within two years after arrive in Canada, Mexico or such adjacent island? (If answer is Yes, give the name of the transportation company by which you entered o. .ntend to enter Canada, Mexico or such island) ]   Sí ☐ (Yes)  No ☒ (No)

Case 1:01-cv-00100   Document 8   Filed in TXSD on 10/01/2001   Page 35 of 38

41. Las leyes de los Estados Unidos que rigen la emisión de visas, requieren que cada solicitante de visa declare si pertenece o no a cualquiera de las clases de personas inadmisibles a los Estados Unidos. Las clases de personas inadmisibles se describen a continuación. Lea minuciosamente los párrafos que siguen, la comprensión de su significado y las respuestas que Ud. dé a las preguntas siguientes asistirán al funcionario consular a tomar una decisión respecto de su elegibilidad para obtener una visa.

United States laws governing the issuance of visas require each applicant to state whether or not he is a member of any class of individuals excluded from admission into the United States. The excludable classes are described below. You should read carefully the following paragraphs; your understanding of their content and the answers you give to the questions that follow will assist the consular officer to reach a decision on your eligibility to receive a visa.

EXCEPTO CUANDO LA LEY DISPONGA LO CONTRARIO, LOS EXTRANJEROS COMPRENDIDOS EN CUALQUIERA
DE LAS SIGUIENTES CLASES DE PERSONAS NO SON ELEGIBLES PARA OBTENER UNA VISA DE INMIGRANTE:

(EXCEPT AS OTHERWISE PROVIDED BY LAW, ALIENS WITHIN ANY OF THE
FOLLOWING CLASSES ARE INELIGIBLE TO RECEIVE AN IMMIGRANT VISA)

a) Los retardados mentales, los dementes o quienes hayan sufrido uno o más ataques de locura; quienes sufran de personalidad psicopática, desviación sexual, o defecto mental; quienes sean adictos al uso de narcóticos, los alcohólicos crónicos o quienes sufran de alguna enfermedad contagiosa peligrosa; quienes tengan algún defecto físico, enfermedad o incapacidad que afecte su capacidad para ganarse la vida; los indigentes, los mendigos profesionales y los vagos; quienes hayan sido convictos de algún delito que implique depravación moral o quienes admitan haber cometido los elementos esenciales de tal delito, o quienes hayan sido sentenciados o confinados cuando menos durante un total de cinco años por haber sido declarados culpables de dos o más delitos; los polígamos o quienes practiquen o prediquen la poligamia; las prostitutas o quienes hayan negociado en prostitución, lo mismo que quienes se hayan beneficiado financieramente con la prostitución y quienes hayan sido proxenetas o hayan importado personas para dedicarlas a la prostitución; quienes pretendan entrar a los Estados Unidos para negociar en prostitución o en cualquier otro vicio comercializado, o para llevar a efecto cualquier acto sexual inmoral; las personas que intenten entrar a los Estados Unidos con el objeto de trabajar en ocupaciones calificadas o no calificadas y no hayan obtenido previamente la certificación respectiva del Secretario del Trabajo de los Estados Unidos, y aquellas personas que posiblemente se convertirían en carga pública en los Estados Unidos.

(a) Aliens who are mentally retarded, insane, or who have suffered one or more attacks of insanity; aliens afflicted with psycopathic personality, sexual deviation, a mental defect, narcotic drug addiction, chronic alcoholism, or any dangerous contagious disease; aliens who have a physical defect, disease or disability affecting their ability to earn a living; aliens who are paupers, professional beggars, or vagrants; aliens convicted of a crime involving moral turpitude or who admit committing the essential elements of such a crime, or who have been sentenced to confinement for at least five years in the aggregate for conviction of two or more crimes; aliens who are polygamists, or who practice or advocate polygamy; aliens who are prostitutes, or who have engaged in, benefited financially from, procured or imported persons for the purpose of prostitution, or who seek entry to the United States to engage in prostitution or other commercialized vice, or any immoral sexual act; aliens who seek entry to perform skilled or unskilled labor and who have not been certified by the Secretary of Labor; and aliens likely to become a public charge in the United States.

¿Pertenece Ud. a alguna de las clases de personas arriba mencionadas? (Do any of the foregoing classes apply to you?)
Sí ☐   No ☑   (Si la respuesta es afirmativa, explique)
(Yes)   (No)      (If answer is Yes, explain)

b) Quienes pretendan regresar a los Estados Unidos antes de haber transcurrido un año desde que fueron excluidos de los Estados Unidos, o quienes hubieran sido arrestados y deportados de dicho país o expulsados a costa del Gobierno, en lugar de ser deportados; o sacados como personas indigentes, o como extranjeros enemigos; las personas que hayan obtenido o tratado de obtener una visa u otra documentación por medio de fraude o por tergiversación intencional de los hechos; aquellos que no sean elegibles para la ciudadanía estadounidense o quienes hayan salido y permanecido fuera de los Estados Unidos para evadir el servicio militar sin tiempo de guerra o emergencia nacional; quienes hayan sido convictos por violar o tratar de violar ciertas leyes o reglamentos concernientes a los narcóticos o a la marihuana, o quienes sean conocidos como traficantes o se crea que hayan traficado ilícitamente con narcóticos o marihuana; quienes traten de entrar a los Estados Unidos provenientes de territorios contiguos o islas adyacentes, dentro de los dos años de su arribo a tal territorio o isla, si su entrada al mismo la verificó usando los servicios de una empresa de transportes no signataria de convenciones internacionales; quienes no lean y comprendan algún idioma o dialecto; quienes a sabiendas y por remuneración hayan aconsejado o ayudado a cualquier otro extranjero a entrar o tratar de entrar a los Estados Unidos infringiendo las leyes; y, quienes habiendo estado en los Estados Unidos en calidad de visitantes de intercambio no hayan llenado el requisito de los dos años de residencia fuera de país.

(b) Aliens who seek re-entry within one year of their exclusion from the United States, or who have been arrested and deported from the United States, or removed at Government expense in lieu of deportation, or removed as an alien in distress or as an alien enemy; aliens who procure or attempt to procure a visa or other documentation by fraud or willful misrepresentation; aliens who are not eligible to acquire United States citizenship, or who have departed from or remained outside the United States to avoid United States military service in time of war or national emergency; aliens who have been convicted for violating or for conspiring to violate certain laws or regulations relating to narcotic drugs or marihuana, or who are known or believed to be, or to have been, an illicit trafficker in narcotic drugs or marihuana; aliens seeking entry from foreign contiguous territory or adjacent islands within two years of their arrival therein on a non-signatory carrier; aliens who are unable to read and understand some language or dialect; aliens who, knowingly and for gain, have encouraged or assisted any other alien to enter, or attempt to enter, the United States in violation of law; and aliens who are former exchange visitors who have not fulfilled the two-year foreign residence requirement.

¿Pertenece Ud. a alguna de las clases de personas arriba mencionadas? (Do any of the foregoing classes apply to you?)
Sí ☐   No ☑   (Si la respuesta es afirmativa, explique)
(Yes)   (No)      (If answer is Yes, explain)

c) Quienes sean, o en cualquier momento hayan sido anarquistas, o miembros o afiliados a cualquier partido comunista u otro partido totalitario, inclusive cualquier subdivisión u organismo afiliado del mismo; quienes prediquen o enseñen o hayan predicado o enseñado, ya sea personalmente o por medio de material escrito o impreso, o por afiliación a alguna organización, 1) oposición al gobierno organizado, 2) derrocamiento del gobierno por la fuerza o la violencia, 3) el asalto o asesinato de funcionarios del gobierno por el hecho de serlo, 4) la destrucción ilegal de bienes, 5) el sabotaje, 6) las doctrinas del comunismo mundial o el establecimiento de una dictadura totalitaria en los Estados Unidos; y quienes pretenden entrar a los Estados Unidos para llevar a cabo actividades perjudiciales o ilegales que sean de naturaleza subversiva.

(c) Aliens who are, or at any time have been, anarchists, or members of or affiliated with any Communist or other totalitarian party, including any subdivision or affiliate thereof; aliens who advocate or teach, or who have advocated or taught, either by personal utterance, or by means of any written or printed matter, or through affiliation with an organization, (1) opposition to organized government, (2) the overthrow of government by force and violence, (3) the assaulting or killing of government officials because of their official character, (4) the unlawful destruction of property, (5) sabotage, or (6) the doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States; and aliens who seek to enter the United States to engage in prejudicial activities or unlawful activities of a subversive nature.

¿Pertenece Ud. a alguna de las clases de personas arriba mencionadas? (Do any of the foregoing classes apply to you?)
Sí ☐   No ☑   (Si la respuesta es afirmativa, explique)
(Yes)   (No)      (If answer is Yes, explain)

Form FS-510 (Spanish) (2-68)

Page 4

42. ¿Alguien le ayudó a llenar esta solicitud? (*Si la respuesta es afirmativa, indique el nombre y el domicilio de la persona que le ayudó, e indique si es pariente, amigo, agente de viajes, abogado, etc.*)

Sí ☑ (Yes)   No ☐ (No)

[Were you assisted in completing this application? (*If answer is Yes, give name and address of person assisting you indicating whether relative, friend, travel agent, attorney, or other*)]

*Nombre completo* (*Name*)        *Domicilio* (*Address*)        *Relación con la persona que le ayudó, Relationship*)

Dollores Alvarado Garcia, Notary Public,
1218 San Bernardo, Laredo, Texas

**NO ESCRIBA EN LOS ESPACIOS DEBAJO DE ESTA LINEA**
El funcionario consular le indicará cómo debe contestar los párrafos 43 y 44
**(DO NOT WRITE BELOW THE FOLLOWING LINE**
The consular officer will assist you in answering parts 43 and 44)

43. Declaro estar exento de inelegibilidad para recibir una visa y de exclusión bajo el rubro .................., del párrafo 41, por las siguientes razones:
(I claim to be exempt from ineligibility to receive a visa and exclusion under item .................. in part 41 for the following reasons.)

*I R →*

44. Declaro ser: (I claim to be a)

☐ Inmigrante de .................. preferencia, sujeto a la limitación numérica de ..................
(*País extranjero o zona dependiente*)

[.................. preference immigrant subject to the numerical limitation for .................. (*foreign state or dependent area*) ]

☐ Inmigrante especial sujeto a la limitación numérica del Hemisferio Occidental (Special immigrant subject to Western Hemisphere numerical limitation)
☐ Inmigrante especial que no está sujeto a limitación numérica. (Special immigrant not subject to limitation)
☑ Pariente inmediato de ciudadano norteamericano. (Immediate relative of a United States citizen)
Mi declaración se basa en los siguientes hechos: (My claim is based on the following facts:)

Entiendo que estoy obligado a entregar mi visa al funcionario de Inmigración de los Estados Unidos en el lugar donde solicite entrada a dicho país, y además entiendo que el poseer una visa no me da derecho a entrar a los Estados Unidos en ese momento se determina que soy inadmisible de acuerdo con las leyes de inmigración.

(I understand that I am required to surrender my visa to the United States Immigration Officer at the place where I apply to enter the United States, and that the possession of a visa does not entitle me to enter the United States if at that time I am found to be inadmissible under the immigration laws.)

También entiendo que cualquier declaración hecha por mí en esta solicitud, que sea intencionalmente falsa o tergiversada, o el haber ocultado intencionalmente algún hecho esencial, puede ser causa de que se me rehuse permanentemente la entrada a los Estados Unidos, y de que, si ya hubiere entrado a los Estados Unidos, podría estar sujeto a enjuiciamiento penal, deportación, o ambos.

(I understand that any wilfully false or misleading statement or wilful concealment of a material fact made by me herein may subject me to permanent exclusion from the United States and, if I am admitted to the United States, may subject me to criminal prosecution and/or deportation.)

Yo, el suscrito, solicitante de una visa de inmigrante para los Estados Unidos, juro solemnemente (o afirmo) que todas las declaraciones *que aparecen en esta solicitud fueron hechas por mí, incluyendo las respuestas a los párrafos del 33 al 42 inclusive, y que éstas son verídicas y completas a mi mejor saber y entender. Además, juro (o afirmo) que en caso de ser admitido en los Estados Unidos, no llevaré a cabo actividades que serían perjudiciales al interés público o pondrían en peligro el bienestar, la seguridad o la tranquilidad de los Estados Unidos, ni me dedicaré a actividades prohibidas por las leyes de los Estados Unidos en lo relacionado con espionaje, sabotaje o desorden público, ni a otras actividades subversivas a la seguridad nacional, ni a ninguna actividad que tenga por objeto oponerse, dominar o derrocar el Gobierno de los Estados Unidos por medio de la fuerza, la violencia u otros medios anticonstitucionales; que no me uniré, afiliaré o participaré en las actividades de ninguna organización que esté inscrita o que deba inscribirse de acuerdo con la Sección 7 de la ley de Control de Actividades Subversivas de 1950. Comprendo perfectamente las declaraciones que anteceden, habiendo pedido y obtenido una explicación de cada una de las cláusulas que no había entendido con claridad.*

[I, the undersigned applicant for a United States immigrant visa, do solemnly swear (or affirm) that all statements which appear in this application have been made by me, including the answer to parts 33 through 42 inclusive, and are true and complete to the best of my knowledge and belief. I do further swear (or affirm) that, if admitted into the United States, I will not engage in activities which would be prejudicial to the public interest, or endanger the welfare, safety, or security of the United States; in activities which would be prohibited by the laws of the United States relating to espionage, sabotage, public disorder, or in other activities subversive to the national security; in any activity a purpose of which is the opposition to, or the control, or overthrow of, the Government of the United States, by force, violence, or other unconstitutional means; or join, affiliate with or participate in the activities of any organization which is registered or required to be registered under Section 7 of the Subversive Activities Control Act of 1950. I understand all the foregoing statements, having asked for and obtained an explanation on every point which was not clear to me.]

*Firma del Solicitante* (Signature of Applicant)

Firmado y juramentado ante mí, el día .......... del mes de .......... del año de .......... en la ciudad de ..........

NOV 8 1973

(Subscribed and sworn to before me this .......... day of .......... 19.... at .......... Amcongen MTR

*Mildred Villareal*

*Firma del Funcionario Consular* (Consular Officer)

TARIFF NO.
FEE PAID U.S. $5.00
LOCAL CY EQUIV.

Mildred L.
American Vice-Consul

☆ U.S. GOVERNMENT PRINTING OFFICE: 1969 O—329-056

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | C.R. NO. B-99-20 |
| | § | |
| RAYMUNDO GONZALEZ-GARIBAY, | § | |
| Petitioner. | § | |
| (C.A. NO. B-01-100) | § | |

## ORDER

It is hereby ORDERED that Petitioner's 'ineffective assistance' claim relating to his claim that his trial counsel failed to object to the district court's comments during voir dire and in admitting an English translation of his Mexican birth certificate are dismissed.  Not only has Gonzalez failed to allege and demonstrate 'cause' and 'prejudice' for failure to bring such issues on direct appeal, but Gonzalez fails to demonstrate counsel's actions were at all deficient or that he suffered any prejudice.

In light of the government's lack of objection for Gonzalez to supplement his evidence regarding his father's residency in the United States between 1944 and 1966, the court invites Gonzalez to do so.  If Gonzalez possesses additional evidence as to this issue, Gonzalez must provide notice to the government pursuant to FED.

R. CIVIL PROC. 26 by providing the government copies of all written materials and summaries of all expected testimony relating to this issue within sixty (60) days of the date of this Order.

In the absence of additional evidence from Gonzalez provided to the government within sixty (60) days, Gonzalez will have failed to demonstrate his innocence and thus fails in his burden herein.  His petition will be subject to dismissal.

SIGNED on this the _____ day of _____ 2001.


_____
UNITED STATES DISTRICT JUDGE

2