# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev 5/99)

| 1 CIR./DIST / DIV CODE  TXS BR | 2 PERSON REPRESENTED  RAYMUNDO GONZALEZ-GARIBAY | | VOUCHER NUMBER  10 |
|---|---|---|---|
| 3. MAG DKT./DEF. NUMBER | 4 DIST DKT./DEF. NUMBER  1:01CV100 | 5 APPEALS DKT /DEF NUMBER | 6 OTHER DKT. NUMBER |
| 7 IN CASE/MATTER OF (Case Name)  GONZALEZ-GARIBAY VS USA | 8 PAYMENT CATEGORY  ☐ Felony  ☐ Petty Offense  ☐ Misdemeanor  ☐ Other  ☐ Appeal  28 USC 2255 | 9. TYPE PERSON REPRESENTED  X Adult Defendant  ☐ Juvenile Defendant  ☐ Other  ☐ Appellant  ☐ Appellee | 10 United States District Court  Southern District of Texas  FILED  NOV 0 6 2001  Michael N. Milby, Clerk of Court  By Deputy Clerk |

11 OFFENSE(S) CHARGED (Cite U S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense
8 USC 1326 & 18 USC 911

| 12. ATTORNEY'S NAME (First Name, M I., Last Name, including any suffix), AND MAILING ADDRESS  Mr Ricardo M. Adobbati  Attorney at Law  134 E Price Road  Brownsville, TX 78521  Telephone Number: 956/544-6881 | 13 COURT ORDER  X O Appointing Counsel  ☐ F Subs For Federal Defender  ☐ P Subs For Panel Attorney  ☐ C Co-Counsel  ☐ R Subs For Retained Attorney  ☐ Y Standby Counsel  Prior Attorney's  Appointment Dates. _____  ☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR  ☐ Other (See Instructions)  /s/ _____  Signature of Presiding Judicial Officer or By Order of the Court  November 5, 2001  Date of Order            Nunc Pro Tunc Date  Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO |
|---|---|
| 14 NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | |

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a Arraignment and/or Plea | | | | | |
| b Bail and Detention Hearings | | | | | |
| c Motion Hearings | | | | | |
| d Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $_____ ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d Travel time | | | | | |
| e Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $_____ ) TOTALS: | | | | | |
| 17 Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18 Other Expenses (other than expert, transcripts, etc) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  _____ TO: _____ | 20 APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| 22. CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment  Have you previously applied to the court for compensation and/or reimbursement for this ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO  Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets  I swear or affirm the truth or correctness of the above statements.  Signature of Attorney _____ Date _____ | | |

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23 IN COURT COMP | 24. OUT OF COURT COMP | 25 TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT APPR./CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a JUDGE/MAG. JUDGE CODE |
| 29 IN COURT COMP. | 30 OUT OF COURT COMP. | 31 TRAVEL EXPENSES | 32. OTHER EXPENSES | 33 TOTAL AMT APPROVED |
| 34 SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |