UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMUNDO GONZALEZ-GARIBAY | * | |
| VS | * | C.A. NO. B-01-100 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-99-020) |

# ORDER

The above-styled and numbered 28 U.S.C. § 2255 cause of action has been set for an **evidentiary hearing** on December 13, 2001, at 2:00 p.m., to determine Petitioner's claim of ineffective assistance of counsel for failing to investigate Petitioner's background and claim that he derived citizenship from a citizen parent. Therefore, attorney Ricardo M. Adobbati is hereby appointed to represent the Petitioner at said hearing.

The Clerk is hereby **ORDERED** to issue a writ ad testificandum for the Petitioner's presence at said hearing.

The United States District Clerk's Office is hereby **ORDERED** to summon to the hearing the Petitioner's trial counsel, Sandra Z. Zayas, Assistant Public Defender, Brownsville, Texas.

DONE at Brownsville, Texas, on 5th day of November 2001.

_____
Felix Recio
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

**RAYMUNDO GONZALEZ-GARIBAY**   *
(Reg. No. 82756-079)

    VS   *   **C.A. NO. B-01-100**

UNITED STATES OF AMERICA   *   (Cr. No. B-99-020)

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   **Warden, Federal Correctional Institution, Three Rivers, Texas**

United States Marshal, Southern District of Texas, or any other authorized United States Marshal GREETINGS:

We command that you have the body of **RAYMUNDO GONZALEZ-GARIBAY**, now duly committed to the custody of the Warden, **Federal Correctional Institution, Three Rivers, Texas**, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, **December 7, 2001**, to consult with his counsel and on **December 13, 2001, at 2:00 p.m.,** there and at that time to testify in the above-styled and numbered cause of action, and after having so testified and been duly discharged by the Court, to return the said **RAYMUNDO GONZALEZ-GARIBAY**, to the custody of the **Warden, Federal Correctional Institution, Three Rivers, Texas**, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Felix Recio, United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of the said Court at Brownsville, Texas, this 5th day of November 2001.

Michael L. Milby, CLERK
United States District Court
Southern District of Texas

BY: _L. M. Villarreal_
(Deputy)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAYMUNDO GONZALEZ-GARIBAY

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-01-100

TO: (Name and address of defendant)

SANDRA Z ZAYAS
ASST FEDERAL PUBLIC DEFENDER
600 EAST HARRISON ROOM 102
BROWNSVILLE TEXAS   78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RAYMUNDO GONZALEZ-GARIBAY
C/O U S DISTRICT CLERK'S OFFICE
600 EAST HARRISON ROOM 101
BROWNSVILLE   TEXAS   78520

SUMMONED TO APPEAR FOR EVIDENTIARY HEARING ON DECEMBER 13,2001 AT 2PM
BEFORE MAGISTRATE JUDGE FELIX RECIO 2nd FLOOR MAGISTRATE COURTROOM.

an answer to the complaint which is herewith served upon you, within _____————_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY                              NOVEMBER 5, 2001
CLERK                                         DATE

*(signature)*
(BY) DEPUTY CLERK