UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMUNDO GONZALEZ-GARIBAY | * | |
| VS | * | Civil No. B01-100 |
| UNITED STATES OF AMERICA | * | (Cr. No. B99-020) |

## ORDER OF ADMINISTRATIVE TRANSFER

Due to conflict of interest, the above-captioned and numbered cause of action is hereby transferred to U.S. Magistrate Judge John Wm. Black.

The evidentiary hearing set for December 13, 2001, at 2:00 p.m., will be heard by U.S. Magistrate Judge Black.

DONE at Brownsville, Texas, this 7th day of November 2001.

Felix Recio
United States Magistrate Judge