AO 440 (Rev. 10/93) Summons in a Civil Action

B-01-100

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/06/01 |
| NAME OF SERVER (PRINT) ADEL A. AHMED | TITLE Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Federal Courthouse
600 E. Harrison, Suite 1032, BROWNSVILLE, TX 78520

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

United States District Court
Southern District of Texas
FILED
NOV 07 2001
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 Miles/$0.00 | One Hour total: $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/06/01
           Date

Signature of Server: *Adel A. Ahmed*

Federal Courthouse
600 E. Harrison, Suite 1032, Brownsville, TX
*Address of Server*

11/6/01-3:30pm-4:30pm, DUSM Ahmed, omls.
    Service Fee: $45.00
    Total Mileage Charges: $0.00
    Total Charges: $45.00

MICHAEL N. MILBY, CLERK
01 NOV -7 AM 8:45
FILED
SOUTHERN DISTRICT OF TEXAS
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.