# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAYMUNDO GONZALEZ-GARIBAY § | |
| § | |
| VS.  § | CIVIL ACTION NO. B-01-100 |
| § | |
| UNITED STATES OF AMERICA § | |

TYPE OF CASE       __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**EVIDENTIARY HEARING**

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:             CONTINUED TO DATE AND TIME:

**DECEMBER 13, 2001 AT 2:00 P.M.**                **JANUARY 28, 2002 AT 1:30 PM.**

JOHN WM BLACK, U.S. MAGISTRATE JUDGE

DATE:    DECEMBER 12, 2001

TO:      MR. RICHARD ADOBBATI
         MR. MARK DOWD