United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS. | § | CIVIL NO. B-01-100 |
| RAYMUNDO GONZALEZ-GARIBAY | § | |

GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas, and files this motion to continue the evidentiary hearing currently set for January 28, 2002, until February 8, 2002. In support thereof, the following is submitted:

I

The subject of the above hearing will likely relate to the residency of Garibay's father in the distant past. Counsel for Garibay has indicated that Garibay's father will testify that the father resided in the United States during the period necessary to qualify Garibay as a derivative U.S. citizen. Counsel for Garibay has agreed to provide a written summary of the father's prospective testimony shortly, in order that the government may have an opportunity to investigate his claims. The government will need time to investigate these claims.

Additionally, Counsel for the government, who is the most familiar with the instant case, is scheduled to be out of town from January 22 until February 1, 2002.

WHEREFORE, PREMISES CONSIDERED, the United States of America, pray that the Court grant this, Motion for Continuance and set the hearing for the February 8, 2002.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: _____

MARK M. DOWD
Asst. United States Attorney
FB #9314
Tx. Bar No. 06070500
600 E. Harrison
Brownsville, Texas  78522
(956) 548-2554

## CERTIFICATE OF SERVICE & CONSULTATION

I, Mark M. Dowd, Assistant United States Attorney, hereby certify that a true and correct copy of the above and foregoing Government's Motion for Continuance was mailed to Counsel for Defendant, Richard Adobbati, who has indicated he was unopposed to the motion

_____
MARK M. DOWD
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CIVIL NO. <u>B-01-100</u> |
| RAYMUNDO GONZALEZ-GARIBAY | § | |

<u>ORDER</u>

On this _____ day of January, 2002, came on to be considered the Government's Motion for Continuance, and the Court, after due consideration, is of the opinion that said motion be

[ ] DENIED;

[ ] GRANTED;

[ ] The Court having GRANTED this motion, hereby sets the evidentiary hearing herein for February 8, 2002.

The Court further ORDERS the Clerk of the Court to provide written notice to the parties of the new settings.

SIGNED AND ORDERED this _____ day of _____, 2002.

_____
JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE