UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CIVIL NO. B-01-100 |
| RAYMUNDO GONZALEZ-GARIBAY | § | |

### ORDER

On this 16th day of January, 2002, came on to be considered the Government's Motion for Continuance *(DOCKET NO. 15)*, and the Court, after due consideration, is of the opinion that said motion be

[ ] DENIED;

[✓] GRANTED;

[✓] The Court having GRANTED this motion, hereby sets the evidentiary hearing herein for February 8, 2002 AT 2:00 P.M.

The Court further ORDERS the Clerk of the Court to provide written notice to the parties of the new settings.

SIGNED AND ORDERED this 16th day of January, 2002.

JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE