THE HONORABLE JOHN WM. BLACK

EVIDENTIARY HEARING

FEB 0 8 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. __B-01-100__          DATE & TIME: __02-08-02 AT 2:00 P.M.__

RAYMUNDO GONZALEZ-GARIBAY          PLAINTIFF(S) __RICARDO ADOBBATI__
                                    COUNSEL

VS.

UNITED STATES OF AMERICA            DEFENDANT(S) __MARK DOWD__
                                    COUNSEL

---

Attorneys Ricardo Adobbati and Mark Dowd were present at the evidentiary hearing.

Petitioner's attorney called Juan Gonzalez, petitioner's father, as a witness who was examined and cross-examined regarding his physical presence in the United States and his claim to derivative citizenship.

Government's attorney called INS District Adjudications Officer Rene Moreno to the stand who was examined and cross-examined regarding his knowledge and experience of the procedures in place when an individual's application for certification is processed and verified. Petitioner's attorney objected to Moreno's testimony regarding the procedures because Moreno was not an adjudications officer at the time Gonzalez obtained derivative citizenship. The judge overruled the objection after asking Moreno a series of questions as to whether procedures had changed since he had been employed with INS since 1975. Petitioner's attorney renewed his objection.

Government's attorney argued that the court must look at the law at the time of petitioner's birth in order to determine whether petitioner has a valid claim to derivative citizenship. When the judge asked petitioner's attorney if authority existed for the proposition holding that the five-year physical presence requirement (the law in effect today) should be retroactively applied to petitioner's case, petitioner's attorney averred that no authority existed holding that proposition.