IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| RAYMUNDO GONZALEZ-GARIBAY, | § § § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-100 |
| VS. | § § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 21, 2002, should be **ADOPTED**.

IT IS **ORDERED** that Garibay's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 1) is **DENIED**. IT IS further **RECOMMENDED** that this case be **DISMISSED** in its entirety.

DONE in Brownsville, Texas, on this _12_ day of _March_, 2002.

_____
Hilda Tagle
United States District Judge