United States District Court
Southern District of Texas
FILED

MAR 1 9 2002

Michael N. Milby
Clerk of Court

RAYMUNDO GONZALEZ-GARIBAY,
Petitioner,

vs.                                    C.A. NO. B-01-100

UNITED STATES OF AMERICA,
Respondent.

## MOTION TO ORDER COUNSEL TO SUPPLY PETITIONER WITH ANY AND ALL COPIES PERTAINING TO HIS WRIT OF HABEAS CORPUS PROCEEDINGS

COMES NOW, Petitioner, Raymundo Gonzalez-Garibay, and files this his Motion To Order Counsel To Supply Petitioner With Any And All Copies Pertaining To His Writ of Habeas Corpus Proceedings.

### JURISDICTION

Basis of jurisdiction

Petitioner invoked this Court's jurisdiction under 28 U.S.C. Section 2255.

### ARGUMENT

Counsel of Record failed to raise pertinent factual

argument of the case at hand within the pleadings of Petitioner's 8 U.S.C. Section 2255 Motion.

At each client/counsel meeting Petitioner has had with counsel, Petitioner has requested to be supplied with a copy of any and all documents pertaining to the case at hand. Petitioner has gone as far as writing counsel on two seperate occassions requesting said material, all to no avail.

## REQUEST

Petitioner requests that this Court Order Counsel of Record, to name: Ricardo M. Adobbati, to furnish Petitioner with a copy of the following:

a.) the Docket Sheet pertaining to the WRIT OF HABEAS CORPUS proceeding.

b.) a copy of Petitioner's rebuttal to the government's answer to his 8 U.S.C. Section 2255 Motion.

c.) a copy of the Court Transcripts pertaining to Petitioner's Father's Testimony, including any Court Proceedings relavent to the WRIT

OF HABEAS CORPUS.

d.) the Court Transcripts of Petitioner's initial appearance before The Honorable Magistrate Judge William Black, No. B-99-020, dated-December 28, 1998; The Court Transcripts of Petitioner's Arraignment Hearing, No. B-99-020, dated-January 28, 1999.

e.) a copy of any and all documents pertaining to Petitioner's WRIT OF HABEAS CORPUS proceedings, that are within counsel of record's possession.
note: Petitioner noted a folder about four (4) inches thick.

WHEREFORE, PREMISIS CONSIDERED, the Petitioner Raymundo Gonzalez-Garibay prays that this Honorable Court order counsel of record to supply Petitioner with the above mentioned lettered request.

Respectfully submitted,

Raymundo Gonzalez-Garibay
Petitioner
U.S.M. NO. 82756-079

By *Raymundo Gonzalez-Garibay*
Raymundo Gonzalez-Garibay
Petitioner BR 82756-079
Karnes County Correctional Center
810 Commerce Street
Karnes City, Texas 78118

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2002, a copy of the foregoing Motion To Order Counsel To Supply Petitioner With Any And All Copies Pertaining To His Writ Of Habeas Corpus Proceedings, was mailed to the office of Ricardo M. Adobatti, 134 E. Price Road, Brownsville, Texas 78521.

*Raymundo Gonzalez-Garibay*
Raymundo Gonzalez-Garibay
Petitioner