IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| RAYMUNDO GONZALEZ-GARIBAY, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-100 |
| | § | |
| UNITED STATES OF AMERICA, | § | |

## ORDER

On this 22nd day of March, 2002, the Court having considered the following Motion entered the following ruling:

Docket No. 21,    Motion to Order Counsel to Supply Petitioner With Any and All Copies Pertaining to His Writ of Habeas Corpus Proceedings is hereby **MOOT.**

SIGNED at Brownsville, Texas, this 22nd day of March, 2002.

John Wm. Black
United States Magistrate Judge