23

RAYMUNDO GONZALEZ-GARIBAY,
Petitioner,

United States District Court
Southern District of Texas
FILED

MAR 29 2002

Michael N. Milby
Clerk of Court

vs.

C.A. No. B-01-100
(C.R. No. B-01-100)

UNITED STATES OF AMERICA,
Respondent

REQUEST TO APPEAL
DISTRICT COURT'S DECISION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Petitioner, Raymundo Gonzalez-Garibay, acting in propria persona and respectfully submits this his Request To Appeal District Court's Decision, and in support thereof, respectfully requests' as follows:

On March 5, 2002, counsel of record Ricardo M. Adobbati visited with Petitioner and informed him of the Magistrate Judge's Report And Recommendation. On said date, Petitioner requested from counsel of record that in the event that the District Court affirmed the Magistrate Judge's Report; then and there Court Appointed Counsel should Appeal the Decision.

[If] counsel of record failed to adhere to Petitioner's request, Petitioner hereby requests that the Court accept this request to Appeal. To present date: March 24, 2002, Petitioner has not received conformation or affirmation of said request. [IF] this is not the proper procedure for Appealling the District Court's Decision, Petitioner request's that an Appeal Application be sent to his person, with the correct address of the Court it is to be filed in. Furthermore, Petitioner requests' the amount of time permitted in which to Appeal the District Court's Decision be made known to him.

WHEREFORE, PREMISIS CONSIDERED, Petitioner Prays that, this Honorable Court GRANT Petitioner's request.

Respectfully submitted.

_Raymundo Gonzalez-Amibay_
Raymundo Gonzalez-Amibay,
Petitioner
Register No. 82756-079
Federal Correctional Institution
P.O. Box 4200
Three Rivers, Texas 78071