26

United States District Court
Southern District of Texas
FILED

JUN 17 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMUNDO GONZALEZ-GARIBAY | § | CASE NO. CA-B-01-100 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | FEBRUARY 8, 2002 |
| UNITED STATES OF AMERICA | § | 2:18 P.M. TO 3:44 P.M. |

### EVIDENTIARY HEARING

BEFORE THE HON. JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Petitioner:                           SEE NEXT PAGE

For the Defendant:                            SEE NEXT PAGE

Court Recorder:                               Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P. O. Box 925674
Houston, Texas 77292-5675
(713) 697-4718
(713) 697-4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.