IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| RAYMUNDO GONZALEZ GARIBAY,<br>    Petitioner,<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. B-01-100<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of May 17, 2004, should be adopted and Garibay's Motion for Relief from Judgment and Motion for Leave to File an Amended Complaint be denied.

DONE in Brownsville, Texas, on this ___15___ day of ___June___, 2004.

_____
Hilda J. Tagle
United States District Judge