32

CLERK,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States Court
Southern District of Texas
FILED

JUN 2 2 2004

Michael N. Milby, Clerk

June 21, 2004

CIVIL ACTION NO. B-01-100

United States District Court
Southern District of Texas
FILED

JUL 0 1 2004

Michael N. Milby
Clerk of Court

IN RE: NOTICE OF INTENT TO APPEAL
DISTRICT COURT'S DECISION OF PETITIONER'S
BRIEF IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT;
AND LEAVE TO AMEND COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, RAYMUNDO GONZALEZ-GARIBAY (Plaintiff), and gives this Court His intention to appeal the United States District Judge's Decision of aforesaid Civil Action No., i.e., B-01-100. See attatched.

Will this Office please advice me of the time frame in which I have to prepare my appeal, and the format that, I must follow in proceeding pro se.

Thank you.

RESPECTFULLY PRESENTED,

*Raymundo Gonzalez-Garibay*
Pro se Litigant.

RAYMUNDO GONZALEZ-GARIBAY
REGISTRATION NO. 82756-079
U.S.P. - BEAUMONT
P.O. BOX 26030
BEAUMONT, TEXAS 77720-6030