IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUL 13 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | |
|---|---|
| RAYMUNDO GONZALEZ GARIBAY,<br>    Petitioner, | §<br>§<br>§ |
| VS. | §<br>§   CIVIL ACTION NO. B-01-100 |
| UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§ |

## MAGISTRATE JUDGE'S RESPONSE TO PETITIONER'S REQUEST

Garibay filed a pro se Motion to Vacate pursuant to 28 U.S.C. § 2255 in the United States District Court for the Southern District of Texas, Brownsville Division on June 15, 2001, claiming ineffective assistance of counsel. A Report and Recommendation (Docket No. 18) dated February 21, 2002, recommended that Garibay's Motion to Vacate be denied. District Judge Hilda J. Tagle adopted the recommendation (Docket No. 20) on March 12, 2002, and dismissed the case in its entirety. On April 18, 2002, Garibay filed a Notice of Appeal and application for a Certificate of Appealability ("COA") (Docket No. 24). Judge Tagle denied Garibay's application for COA (Docket No. 25). Garibay appealed the denial and on December 4, 2002, AND the Fifth Circuit denied Garibay's request for a COA (Docket No. 27).

On December 22, 2003, Garibay filed a Motion for Relief from Judgment pursuant to FED. R. CIV. P. 60(b) (Docket No. 28). Incorporated therein was a Motion for Leave to File an Amended Complaint pursuant to FED. R. CIV. P. 15(a). On May 17, 2004, Magistrate Judge John Wm. Black recommended that Garibay's Motion for Relief from Judgment be denied (Docket No. 29). Garibay filed objections to the Report and Recommendation on June 3, 2004 (Docket No. 30). United States District Judge Hilda J. Tagle adopted the Magistrate Judge's Report and

1

Recommendation denying Garibay's request for relief (Docket No. 31).

Pending before the Court is Garibay's "Notice of Intent to Appeal" (Docket No. 32). Garibay requests that the Court advise him as to his appeal. It is not the Court's role to advise petitioners in their pending legal matters even if the petitioner is proceeding pro se. Although the pleading requirement is less stringent, this standard does not transform the Court into petitioner's legal counsel. The decision whether or not to appeal, the proper procedures to be followed and the arguments to be made therein lie solely with the petitioner.

DONE at Brownsville, Texas, on this __12TH__ day of __JULY__, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge